UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Case No. 15bk28900 |
| ARNOLD GOLDBERG | ) |
| | ) Chapter 11 |
| | ) |
| Debtor. | ) Honorable Timothy A. Barnes |
| | ) |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO NEAL, GERBER & EISENBERG LLP, ATTORNEYS FOR DEBTOR, FOR ALLOWANCE AND PAYMENT OF FIRST INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 49,274.00 | TOTAL COSTS REQUESTED: | $ 1,732.00 |
| TOTAL FEES REDUCED: | $ 3,150.00 | TOTAL COSTS REDUCED: | $ 0.00 |
| TOTAL FEES ALLOWED: | $ 46,124.00 | TOTAL COSTS ALLOWED: | $ 1,732.00 |

**TOTAL FEES AND COSTS ALLOWED: $ 47,856.00**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(1)  Unreasonable Time – TOTAL of disallowed amounts (50% of affected entries): $ 3,150.00**

The Court denies the allowance in part of compensation for the indicated task(s) since the professional or paraprofessional expended an unreasonable amount of time on the task(s) in light of the nature of the task(s), the experience and knowledge of the professional performing the task(s), and the amount of time previously expended by the professional or another on the task(s). *In re Pettibone*, 74 B.R. 293, 306 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("The Court will determine what is the reasonable amount of time an attorney should have to spend on a given project... An attorney should not be rewarded for inefficiency. Similarly, attorneys will not be fully compensated for spending an unreasonable number of hours on activities of little benefit to the estate."); *In re Wildman*, 72 B.R. 700, 713 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) (same).

In this case, there was a large percentage of time (12.78%) billed by the most senior counsel that appeared to be participating only in an advisory role to other counsel. The court has reduced these amounts in half.

Dated: March 8, 2016

Timothy A. Barnes
United States Bankruptcy Judge

```
~(13U·(s0p13.00h12.0v0s0b3T~6a5LDATE PRINTED  01/26/16  09:47:28  ~6a+40C                                                        Page 1 (1)
FEES BILL-THRU DATE  12/31/15
COST BILL-THRU DATE  12/31/15

~&dBILLING PROFESSIONAL~&d@          ~&dCLIENT~&d@ ---- 025415        Goldberg, Arnold
L. M. Benjamin                       ~&dMATTER~&d@ ---- 025415.0001 Reorganization


~&dBILLING ADDRESS~&d@ ---- Arnold Goldberg                        ~(s3B   ~(s3B~&dBILLING NOTES~&d@~(s0B          ~(s0B
                            2561 Windrush Lane                     ~(s3B                                           ~(s0B
                            Northbrook, Illinois  60062
```

|        | ACTUAL TIME-KEEPER | ELITE TKPR ID # |                     | | TASK CODE | BILL HOURS | BILL RATE | BILL DOLLARS | CUMULATIVE TOTAL | INDEX # | |
|--------|--------|------|--------|---|------|------|-------|--------|---------|---------|---|
| DATE   |        |      | WORK DESCRIPTION | | | | | | | | |

~&dUNBILLED TIME (Through 12/31/15)~&d@

| DATE | ACTUAL TIME-KEEPER | ELITE TKPR ID # | WORK DESCRIPTION | TASK CODE | BILL HOURS | BILL RATE | BILL DOLLARS | CUMULATIVE TOTAL | INDEX # | |
|------|------|------|------|------|------|------|------|------|------|------|
| 08/24/15 | LMB | 0110 | Review and finalize papers for bankruptcy filing | B110 | 0.50 | 485.00 | 242.50 | 242.50 | 5409329 | |
| 08/24/15 | MXM | 0657 | Finalize, prepare and submit Chapter 11 voluntary petition (.5); Finalize, prepare and submit statement of social security (.3); Finalize, prepare and submit documents regarding completion of credit counseling (.4); Finalize, prepare and submit top creditors list (.3); Finalize, prepare and submit master creditor matrix (.4); Conference with L. Benjamin regarding initiation of proceedings and administrative matters (.2). | B110 | 2.10 | 215.00 | 451.50 | 694.00 | 5406205 | |
| 08/25/15 | LMB | 0110 | Appearance in divorce court to inform court of bankruptcy filing and obtain stay order | B110 | 0.80 | 485.00 | 388.00 | 1,082.00 | 5409333 | |
| 08/25/15 | TCW | 0273 | Discuss with L. Benjamin regarding U.S. Trustee operating requirements; necessary first day motions, status. | B110 | 0.20 | 525.00 | 105.00 | 1,187.00 | 5407739 | (1) Unreasonable Time |
| 08/25/15 | MXM | 0657 | Review and circulate first day pleadings (.3); Conferences with L. Benjamin regarding additional chapter 11 documents required for filing (.2). | B110 | 0.50 | 215.00 | 107.50 | 1,294.50 | 5408862 | |
| 08/26/15 | LMB | 0110 | Confer with US Trustee (G. Silver) regarding case and potential plan | B110 | 0.20 | 485.00 | 97.00 | 1,391.50 | 5409338 | |
| 08/26/15 | LMB | 0110 | Confer with Debtor regarding potential plan involving restructuring of transaction with Legacy | B420 | 0.70 | 485.00 | 339.50 | 1,731.00 | 5409339 | |

```
DATE PRINTED      01/26/16  09:47:28                                                                                          Page 2 (2)
FEES BILL-THRU DATE  12/31/15
COST BILL-THRU DATE  12/31/15

+6dBILLING PROFESSIONAL+6d@            +6dCLIENT+6d@ ---- 025415      Goldberg, Arnold
L. M. Benjamin                         +6dMATTER+6d@ ---  025415.0001 Reorganization
```

| DATE | ACTUAL TIME-KEEPER | ELITE TKPR ID # | WORK DESCRIPTION | TASK CODE | BILL HOURS | BILL RATE | BILL DOLLARS | CUMULATIVE TOTAL | INDEX # |
|---|---|---|---|---|---|---|---|---|---|
| 08/27/15 | LMB | 0110 | Confer with trustee of Children's Trust (Larry Freedman) regarding proposed plan | B320 | 0.50 | 485.00 | 242.50 | 1,973.50 | 5409349 |
| 08/27/15 | LMB | 0110 | Analysis of tasks and filings to be performed in the next 14 days | B110 | 0.50 | 485.00 | 242.50 | 2,216.00 | 5409352 |
| 08/27/15 | LMB | 0110 | Prepare fee application to retain Neal Gerber & Eisenberg and affidavit in support | B160 | 1.40 | 485.00 | 679.00 | 2,895.00 | 5409353 |
| 08/28/15 | LMB | 0110 | Analysis and review of applicability of rules regarding application to retain NGE in this case | B160 | 0.30 | 485.00 | 145.50 | 3,040.50 | 5409356 |
| 08/30/15 | LMB | 0110 | Confer with debtor regarding retention of accountant and potential plan | B410 | 0.20 | 485.00 | 97.00 | 3,137.50 | 5409357 |
| 08/31/15 | LMB | 0110 | Confer with debtor regarding potential restructuring of Legacy transaction in connection with plan formulation | B420 | 0.40 | 485.00 | 194.00 | 3,331.50 | 5409358 |
| 08/31/15 | LMB | 0110 | Confer with Bob Wakefield regarding materials needed for initial debtor interview and to reschedule | B110 | 0.20 | 485.00 | 97.00 | 3,428.50 | 5409360 |
| 08/31/15 | LMB | 0110 | Revisions to application to employ NGE and prepare order | B160 | 0.30 | 485.00 | 145.50 | 3,574.00 | 5409364 |
| 08/31/15 | MXM | 0657 | Review Rule 1007 regarding required filings and timeframe requirements for same (.3); Email exchange with L. Benjamin regarding disclosure of attorney compensation (.1). | B110 | 0.40 | 215.00 | 86.00 | 3,660.00 | 5412374 |
| 09/01/15 | LMB | 0110 | Work on bankruptcy schedules and confer with debtor regarding same | B110 | 1.30 | 485.00 | 630.50 | 4,290.50 | 5417007 |
| 09/01/15 | LMB | 0110 | Work on statement of financial affairs and confer with debtor regarding same | B110 | 2.70 | 485.00 | 1,309.50 | 5,600.00 | 5417008 |
| 09/01/15 | LMB | 0110 | Analyze and draft Rule 2015 Entity Reports for LFLP and Ponds | B110 | 2.50 | 485.00 | 1,212.50 | 6,812.50 | 5417009 |
| 09/01/15 | TCM | 0272 | Discussion with M. Mirkovic regarding SOFA (.2); review of same (.5); emails with L. Benjamin regarding same (.3); | B110 | 1.20 | 525.00 | 630.00 | 7,442.50 | 5430410 |

(1) Unreasonable Time

```
DATE PRINTED    01/26/16 09:47:28                                                                                    Page 3 (3)
FEES BILL-THRU DATE  12/31/15
COST BILL-THRU DATE  12/31/15

-&dBILLING PROFESSIONAL-&d@        -&dCLIENT-&d@   ---  025415        Goldberg, Arnold
L. M. Benjamin                     -&dMATTER-&d@   ---  025415.0001   Reorganization
```

| DATE | ACTUAL TIME-KEEPER | ELITE TKPR ID # | WORK DESCRIPTION | TASK CODE | BILL HOURS | BILL RATE | BILL DOLLARS | CUMULATIVE TOTAL | INDEX # |
|---|---|---|---|---|---|---|---|---|---|
| | | | review continuation statement (.2). | | | | | | |
| 09/01/15 | MXM | 0657 | Review statement of financial affairs (.5); Prepare memorandum to L. Benjamin with comments (.1). | B210 | 0.60 | 215.00 | 129.00 | 7,571.50 | 5424335 |
| 09/02/15 | LMB | 0110 | Revisions to Debtor's statement of financial affairs and continuation statement; confer with Debtor regarding same | B110 | 1.40 | 485.00 | 679.00 | 8,250.50 | 5417017 |
| 09/02/15 | LMB | 0110 | Work on debtor's schedules and summary; confer with debtor regarding same | B110 | 3.50 | 485.00 | 1,697.50 | 9,948.00 | 5417018 |
| 09/02/15 | LMB | 0110 | Draft general statement and disclaimer | B110 | 0.70 | 485.00 | 339.50 | 10,287.50 | 5417019 |
| 09/02/15 | TCW | 0273 | Review revised SOFA (.5); discussions with L. Benjamin regarding schedules (.3); call L. Benjamin regarding income, expense and valuation issues (.3). | B110 | 1.10 | 525.00 | 577.50 | 10,865.00 | 5434164 |
| 09/03/15 | LMB | 0110 | Investigate and analyze property of the estate and confer with Debtor regarding same | B120 | 0.70 | 485.00 | 339.50 | 11,204.50 | 5417023 |
| 09/03/15 | LMB | 0110 | Investigate and analyze transfer to Linda Goldberg | B130 | 0.30 | 485.00 | 145.50 | 11,350.00 | 5417024 |
| 09/03/15 | LMB | 0110 | Analyze and revise Schedules, Statement of Financial Affairs and General Statement and Disclaimer; confer with Debtor regarding same | B110 | 3.40 | 485.00 | 1,649.00 | 12,999.00 | 5417025 |
| 09/03/15 | LMB | 0110 | Confer with T. Wolford regarding comments to Schedules, Statement of Affairs and Disclaimer | B110 | 0.30 | 485.00 | 145.50 | 13,144.50 | 5417026 |
| 09/03/15 | LMB | 0110 | Prepare statement of current monthly income | B160 | 0.50 | 485.00 | 242.50 | 13,387.00 | 5417027 |
| 09/03/15 | LMB | 0110 | Revisions to affidavit of L. Benjamin in support of retention application | B160 | 0.60 | 485.00 | 291.00 | 13,678.00 | 5417028 |
| 09/03/15 | LMB | 0110 | Revisions to application to retain NGE | B160 | 0.60 | 485.00 | 291.00 | 13,969.00 | 5417029 |

(1) Unreasonable Time

```
DATE PRINTED     01/26/16  09:47:28                                                                                    Page  4  (4)
FEES BILL-THRU DATE  12/31/15
COST BILL-THRU DATE  12/31/15

-6dBILLING PROFESSIONAL-6d@             -6dCLIENT-6d@  --- 025415      Goldberg, Arnold
L. M. Benjamin                          -6dMATTER-6d@  --- 025415.0001 Reorganization
```

| DATE | ACTUAL TIME-KEEPER | ELITE TKPR ID # | WORK DESCRIPTION | TASK CODE | BILL HOURS | BILL RATE | BILL DOLLARS | CUMULATIVE TOTAL | INDEX # | |
|---|---|---|---|---|---|---|---|---|---|---|
| 09/03/15 | TCM | 0273 | Discussions with L. Benjamin (.3); review final version of schedules and SOFA (.3); review retention documents (.4); email L. Benjamin regarding schedules (.3) | B110 | 1.30 | 525.00 | 682.50 | 14,651.50 | 5434167 | (1) Unreasonable Time |
| 09/04/15 | LMB | 0110 | Revise and finalize schedules, statement of financial affairs, general statement and disclosure | B110 | 0.40 | 485.00 | 194.00 | 14,845.50 | 5417030 | |
| 09/04/15 | LMB | 0110 | Review and finalize application to retain NGE as counsel for the debtor | B160 | 0.30 | 485.00 | 145.50 | 14,991.00 | 5417032 | |
| 09/04/15 | LMB | 0110 | Confer with Cary Bucksbaum regarding retention by the bankruptcy to perform accounting, tax and consulting services and the scope of proposed engagement | B160 | 0.30 | 485.00 | 145.50 | 15,136.50 | 5417034 | |
| 09/04/15 | TCM | 0273 | Emails with L. Benjamin regarding filings, 341 meeting. | B110 | 0.20 | 525.00 | 105.00 | 15,241.50 | 5434171 | (1) Unreasonable Time |
| 09/04/15 | MXM | 0657 | Review and prepare schedules and summary (.4); Review and prepare SOFA (.3); Review and prepare statement and disclaimer regarding schedules and statements (.3); Review and prepare statement of current monthly income (.3). | B310 | 1.30 | 215.00 | 279.50 | 15,521.00 | 5419423 | |
| 09/08/15 | MXM | 0657 | Review, revise, finalize and prepare NGE retention application, exhibits and proposed order (.7); Coordinate service of same (.1). | B160 | 0.80 | 215.00 | 172.00 | 15,693.00 | 5429905 | |
| 09/09/15 | LMB | 0110 | Review and exchange emails with G. Silver to provide information requested | B110 | 0.40 | 485.00 | 194.00 | 15,887.00 | 5420619 | |
| 09/09/15 | TCM | 0273 | Review emails with U.S. Trustee and discuss with L. Benjamin. | B110 | 0.40 | 525.00 | 210.00 | 16,097.00 | 5434178 | (1) Unreasonable Time |
| 09/11/15 | LMB | 0110 | Confer with L. Freedman (lawyer for Children's Trust) regarding status and plan formulation | B320 | 0.20 | 485.00 | 97.00 | 16,194.00 | 5420636 | |
| 09/11/15 | LMB | 0110 | Prepare for debtor's interview with Trustee; confer with debtor regarding | B110 | 0.50 | 485.00 | 242.50 | 16,436.50 | 5420637 | |

```
DATE PRINTED   01/26/16  09:47:28                                                                                            Page 5 (5)
FEES BILL-THRU DATE  12/31/15
COST BILL-THRU DATE  12/31/15

--6dBILLING PROFESSIONAL-6d@              -6dCLIENT-6d@  --- 025415       Goldberg, Arnold
L. M. Benjamin                            -6dMATTER-6d@  --- 025415.0001  Reorganization
```

| DATE | ACTUAL TIME-KEEPER | ELITE TKPR ID # | WORK DESCRIPTION | TASK CODE | BILL HOURS | BILL RATE | BILL DOLLARS | CUMULATIVE TOTAL | INDEX # | |
|---|---|---|---|---|---|---|---|---|---|---|
| 09/11/15 | LMB | 0110 | Attend Debtor's interview with U. S. Trustee | B110 | 1.30 | 485.00 | 630.50 | 17,067.00 | 5420638 | |
| 09/16/15 | LMB | 0110 | Prepare for and appear for hearing on application to retain Neal Gerber & Eisenberg as debtor's counsel | B160 | 1.10 | 485.00 | 533.50 | 17,600.50 | 5424564 | |
| 09/17/15 | LMB | 0110 | Review lawsuit filed against Debtor by Forum | B310 | 0.30 | 485.00 | 145.50 | 17,746.00 | 5424578 | |
| 09/17/15 | LMB | 0110 | Analysis of IRS claim | B310 | 0.20 | 485.00 | 97.00 | 17,843.00 | 5424581 | |
| 09/17/15 | LMB | 0110 | Confer with debtor regarding status, trustee's requests and compliance with operating guidelines | B110 | 0.30 | 485.00 | 145.50 | 17,988.50 | 5424588 | |
| 09/17/15 | TCW | 0273 | E-mail regarding IRS claim, order (.1); email L. Benjamin regarding retention of special tax counsel (.2) | B240 | 0.30 | 525.00 | 157.50 | 18,146.00 | 5434185 | (1) Unreasonable Time |
| 09/18/15 | LMB | 0110 | Prepare for meeting with Gillman's attorneys | B150 | 0.20 | 485.00 | 97.00 | 18,243.00 | 5424592 | |
| 09/18/15 | LMB | 0110 | Meet with Gillman's attorneys to discuss status, strategy and possible plan formulation | B150 | 1.00 | 485.00 | 485.00 | 18,728.00 | 5424593 | |
| 09/22/15 | LMB | 0110 | Continue work on 2015 periodic reports for LPLP, Ponds, POW, Wealshire and ABC | B120 | 2.20 | 485.00 | 1,067.00 | 19,795.00 | 5429079 | |
| 09/22/15 | LMB | 0110 | Confer with Debtor regarding entity report for ABC | B110 | 0.20 | 485.00 | 97.00 | 19,892.00 | 5429080 | |
| 09/24/15 | LMB | 0110 | Revisions to Rule 2015 reports | B110 | 0.20 | 485.00 | 97.00 | 19,989.00 | 5429085 | |
| 09/24/15 | LMB | 0110 | Confer with debtor regarding Rule 2015 reports and status | B110 | 0.20 | 485.00 | 97.00 | 20,086.00 | 5429086 | |
| 09/25/15 | LMB | 0110 | Review IRS notice and confer with IRS agent regarding same | B110 | 0.20 | 485.00 | 97.00 | 20,183.00 | 5429096 | |
| 09/25/15 | LMB | 0110 | Confer with G. Silver regarding IRS notice and follow up emails to debtor | B110 | 0.10 | 485.00 | 48.50 | 20,231.50 | 5429097 | |

```
DATE PRINTED    01/26/16  09:47:28                                                                                    Page 6 (6)
FEES BILL-THRU DATE  12/31/15
COST BILL-THRU DATE  12/31/15

-&dBILLING PROFESSIONAL-&d@          -&dCLIENT-&d@ --- 025415      Goldberg, Arnold
L. M. Benjamin                       -&dMATTER-&d@ --- 025415.0001 Reorganization
```

| DATE | ACTUAL TIME-KEEPER | ELITE TKPR ID # | WORK DESCRIPTION | TASK CODE | BILL HOURS | BILL RATE | BILL DOLLARS | CUMULATIVE TOTAL | INDEX # | |
|------|------|------|------|------|------|------|------|------|------|------|
| 09/29/15 | TCW | 0273 | Emails with L. Benjamin regarding lift stay motion, section 341 meeting. | B110 | 0.20 | 525.00 | 105.00 | 20,336.50 | 5434222 | (1) Unreasonable Time |
| 09/30/15 | LMB | 0110 | Confer with client and prepare for creditor's meeting | B110 | 0.40 | 485.00 | 194.00 | 20,530.50 | 5436309 | |
| 09/30/15 | LMB | 0110 | Confer with T. Wolford regarding status and strategy | B110 | 0.20 | 485.00 | 97.00 | 20,627.50 | 5436310 | |
| 09/30/15 | LMB | 0110 | Confer with Peter Fisher and Debtor regarding net asset value, if any, of operating companies and strategy with respect to same | B120 | 0.30 | 485.00 | 145.50 | 20,773.00 | 5436312 | |
| 09/30/15 | LMB | 0110 | Meet with debtor to prepare for creditor's meeting | B110 | 0.20 | 485.00 | 97.00 | 20,870.00 | 5436314 | |
| 09/30/15 | LMB | 0110 | Attend and participate in creditor's meeting | B110 | 2.00 | 485.00 | 970.00 | 21,840.00 | 5436315 | |
| 09/30/15 | LMB | 0110 | Confer with Danny Goldberg regarding formulation of bankruptcy plan | B320 | 0.20 | 485.00 | 97.00 | 21,937.00 | 5436316 | |
| 09/30/15 | TCW | 0273 | Attend creditors meeting; discussions with L. Benjamin, client. | B150 | 2.20 | 525.00 | 1,155.00 | 23,092.00 | 5434223 | (1) Unreasonable Time |
| 10/07/15 | LMB | 0110 | Email and follow up with debtor re: items requested by trustee's counsel | B110 | 0.10 | 485.00 | 48.50 | 23,140.50 | 5442093 | |
| 10/08/15 | LMB | 0110 | Confer with Forum's attorney regarding action filed against Debtor in violation of automatic stay | B140 | 0.20 | 485.00 | 97.00 | 23,237.50 | 5442097 | |
| 10/08/15 | LMB | 0110 | Draft motion to set bar date and notice to creditors; review rules relating to same | B110 | 1.00 | 485.00 | 485.00 | 23,722.50 | 5442102 | |
| 10/08/15 | LMB | 0110 | Confer with Debtor regarding status, open items and strategy | B110 | 0.20 | 485.00 | 97.00 | 23,819.50 | 5442106 | |
| 10/08/15 | TCW | 0273 | Review bar date motion (.2); discussions with L. Benjamin regarding same (.2). | B110 | 0.40 | 525.00 | 210.00 | 24,029.50 | 5454654 | (1) Unreasonable Time |
| 10/08/15 | MXM | 0657 | Conferences with L. Benjamin and T. Wolford regarding preparation of bar | B310 | 0.20 | 215.00 | 43.00 | 24,072.50 | 5453983 | |

```
DATE PRINTED    01/26/16  09:47:28                                                                                              Page  7  (7)
FEES BILL-THRU DATE  12/31/15
COST BILL-THRU DATE  12/31/15

-&dDBILLING PROFESSIONAL-&d@           -&dDCLIENT-&d@    --- 025415       Goldberg, Arnold
L. M. Benjamin                         -&dDMATTER-&d@    --- 025415.0001  Reorganization

           ACTUAL  ELITE
           TIME-   TKPR                                            TASK   BILL   BILL    BILL     CUMULATIVE
DATE       KEEPER  ID #   WORK DESCRIPTION                         CODE   HOURS  RATE    DOLLARS  TOTAL         INDEX #
========   ======  =====  ==============================           =====  =====  ======  =======  ==========    ========
                          date motion.

10/08/15   MXM     0657   Review and circulate local form          B310   0.10   215.00   21.50   24,094.00     5453984
                          regarding bar date notice.

10/09/15   TCW     0273   Discussions regarding bar date order     B110   0.20   525.00  105.00   24,199.00     5454659    (1) Unreasonable Time
                          with L. Benjamin.

10/09/15   MXM     0657   Review, revise, finalize and prepare     B310   0.60   215.00  129.00   24,328.00     5448721
                          bar date motion and notice.

10/09/15   MXM     0657   Draft and prepare proposed bar date      B310   0.30   215.00   64.50   24,392.50     5448722
                          order.

10/09/15   MXM     0657   Research BK rules regarding inclusion    B310   0.30   215.00   64.50   24,457.00     5448723
                          of proof of claim in bar date notice
                          mailing.

10/09/15   MXM     0657   Conferences with L. Benjamin regarding   B310   0.20   215.00   43.00   24,500.00     5448724
                          bar date protocol.

10/12/15   LMB     0110   Investigate and obtain information       B120   0.20   485.00   97.00   24,597.00     5446647
                          requested by Estate's counsel (B.
                          Berneman) and confer with counsel re:
                          same

10/12/15   LMB     0110   Confer with Ken Ashman regarding         B120   0.20   485.00   97.00   24,694.00     5446649
                          potential claim against contractor

10/13/15   LMB     0110   Review and exchange emails with debtor   B110   0.20   485.00   97.00   24,791.00     5446655
                          regarding open items

10/14/15   LMB     0110   Obtain and provide information           B110   0.20   485.00   97.00   24,888.00     5446671
                          requested by US Trustee

10/14/15   LMB     0110   Review and comment on accounting of      B110   0.20   485.00   97.00   24,985.00     5446673
                          funds to L. Goldberg and review backup

10/14/15   TCW     0273   Review motions filed by Rebecca.         B110   0.20   525.00  105.00   25,090.00     5454673    (1) Unreasonable Time

10/15/15   LMB     0110   Review Becky's lift stay motion          B140   0.20   485.00   97.00   25,187.00     5446676

10/15/15   LMB     0110   Review Becky's motion for 2004           B190   0.20   485.00   97.00   25,284.00     5446677
                          examination

10/15/15   LMB     0110   Confer with T. Wolford regarding         B190   0.20   485.00   97.00   25,381.00     5446678
```

6

```
DATE PRINTED   01/26/16 09:47:28                                                                                    Page 8 (8)
FEES BILL-THRU DATE  12/31/15
COST BILL-THRU DATE  12/31/15

-&dBILLING PROFESSIONAL-&d@           -&dCLIENT-&d@ --- 025415         Goldberg, Arnold
L. M. Benjamin                        -&dMATTER-&d@ --- 025415.0001    Reorganization
```

| DATE | ACTUAL TIME-KEEPER | ELITE TKPR ID # | WORK DESCRIPTION | TASK CODE | BILL HOURS | BILL RATE | BILL DOLLARS | CUMULATIVE TOTAL | INDEX # | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | response to Becky's motions | | | | | | | |
| 10/15/15 | LMB | 0110 | Review Gillman's motion for 2004 examination | B190 | 0.20 | 485.00 | 97.00 | 25,478.00 | 5446681 | |
| 10/15/15 | LMB | 0110 | Confer with Debtor regarding Becky's motion and strategy | B110 | 0.40 | 485.00 | 194.00 | 25,672.00 | 5446682 | |
| 10/15/15 | LMB | 0110 | Review and analysis whether Becky's contempt proceeding is subject to the automatic stay | B140 | 1.40 | 485.00 | 679.00 | 26,351.00 | 5446683 | |
| 10/15/15 | LMB | 0110 | Obtain, review and provide documents requested by Gillman's counsel at 341 meeting | B150 | 0.30 | 485.00 | 145.50 | 26,496.50 | 5446686 | |
| 10/15/15 | TCM | 0273 | _Discussions with L. Benjamin regarding Rebecca motions, status_ | B110 | 0.50 | 525.00 | 262.50 | 26,759.00 | 5454677 | (1) Unreasonable Time |
| 10/16/15 | LMB | 0110 | Further review Becky's motion to lift stay and consider response | B140 | 0.30 | 485.00 | 145.50 | 26,904.50 | 5446698 | |
| 10/16/15 | TCM | 0273 | _Discussions with L. Benjamin_ | B110 | 0.50 | 525.00 | 262.50 | 27,167.00 | 5456543 | (1) Unreasonable Time |
| 10/18/15 | LMB | 0110 | Draft objection to Rebecca's motion to lift stay | B140 | 1.20 | 485.00 | 582.00 | 27,749.00 | 5451008 | |
| 10/19/15 | LMB | 0110 | Revisions to objection to Rebecca's lift stay motion | B140 | 0.30 | 485.00 | 145.50 | 27,894.50 | 5451011 | |
| 10/20/15 | LMB | 0110 | Confer with debtor regarding outstanding items | B110 | 0.20 | 485.00 | 97.00 | 27,991.50 | 5451024 | |
| 10/20/15 | LMB | 0110 | Obtain and review documents needed for debtor's monthly operating report | B110 | 0.20 | 485.00 | 97.00 | 28,088.50 | 5451025 | |
| 10/21/15 | LMB | 0110 | Work with Debtor to obtain information and prepare monthly operating report | B110 | 0.50 | 485.00 | 242.50 | 28,331.00 | 5451032 | |
| 10/21/15 | LMB | 0110 | Confer with debtor regarding today's hearing and next steps | B110 | 0.20 | 485.00 | 97.00 | 28,428.00 | 5451033 | |
| 10/21/15 | LMB | 0110 | Confer with Rabbi Meir Moskowitz regarding claim made by Rebecca's attorney (H. Moskovitz) | B150 | 0.20 | 485.00 | 97.00 | 28,525.00 | 5451034 | |

```
DATE PRINTED    01/26/16  09:47:26                                                                                           Page 9 (9)
FEES BILL-THRU DATE  12/31/15
COST BILL-THRU DATE  12/31/15

~6dBILLING PROFESSIONAL-6d@        ~6dCLIENT-6d@   --- 025415       Goldberg, Arnold
L. M. Benjamin                     ~6dMATTER-6d@  --- 025415.0001   Reorganization
```

| DATE | ACTUAL TIME-KEEPER | ELITE TKPR ID # | WORK DESCRIPTION | TASK CODE | BILL HOURS | BILL RATE | BILL DOLLARS | CUMULATIVE TOTAL | INDEX # | |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/21/15 | LMB | 0110 | Confer with debtor regarding Alexander Blake & Co. | B120 | 0.20 | 485.00 | 97.00 | 28,622.00 | 5451048 | |
| 10/21/15 | LMB | 0110 | Revisions to monthly operating report | B110 | 0.20 | 485.00 | 97.00 | 28,719.00 | 5451062 | |
| 10/21/15 | LMB | 0110 | Prepare for and appear in court for hearing on status, motion to set bar date, motions filed by Gillman and Rebecca Goldberg for Rule 2004 examination, and motion to lift stay | B110 | 1.60 | 485.00 | 776.00 | 29,495.00 | 5451063 | |
| 10/21/15 | TCM | 0273 | Discussion with L. Benjamin regarding hearing. | B110 | 0.10 | 525.00 | 52.50 | 29,547.50 | 5456556 | (1) Unreasonable Time |
| 10/22/15 | LMB | 0110 | Confer with Bob Benjamin regarding next steps | B150 | 0.10 | 485.00 | 48.50 | 29,596.00 | 5451039 | |
| 10/22/15 | LMB | 0110 | Confer with debtor regarding proposed retention of Harrison and Held as tax counsel | B170 | 0.20 | 485.00 | 97.00 | 29,693.00 | 5451046 | |
| 10/22/15 | LMB | 0110 | Confer with debtor regarding accounting of payment to Linda Goldberg requested by Trustee and transfers to Wealshire | B120 | 0.20 | 485.00 | 97.00 | 29,790.00 | 5451047 | |
| 10/22/15 | LMB | 0110 | Further confer with debtor regarding Alexander Blake & Co. and its value to the estate | B120 | 0.20 | 485.00 | 97.00 | 29,887.00 | 5451049 | |
| 10/22/15 | MXM | 0657 | Compile master creditor list for service of bar date notice. | B110 | 0.70 | 215.00 | 150.50 | 30,037.50 | 5455456 | |
| 10/22/15 | MXM | 0657 | Coordinate service of bar date order and notice and proof of claim form. | B110 | 0.30 | 215.00 | 64.50 | 30,102.00 | 5455457 | |
| 10/23/15 | LMB | 0110 | Confer with J. Strouse regarding IRS donation claim and possible retention as special counsel | B160 | 0.30 | 485.00 | 145.50 | 30,247.50 | 5451053 | |
| 10/23/15 | LMB | 0110 | Draft application for retention of Frost Ruttenberg and affidavit of Cary Buxbaum | B160 | 1.20 | 485.00 | 582.00 | 30,829.50 | 5451055 | |
| 10/23/15 | LMB | 0110 | Confer with debtor regarding employment of Frost Ruttenberg as accountant | B160 | 0.20 | 485.00 | 97.00 | 30,926.50 | 5451056 | |

```
DATE PRINTED    01/26/16  09:47:28                                                                                              Page 10 (10)
FEES BILL-THRU DATE  12/31/15
COST BILL-THRU DATE  12/31/15

-&dBILLING PROFESSIONAL-&d@              -&dCLIENT-&d@  --- 025415        Goldberg, Arnold
L. M. Benjamin                           -&dMATTER-&d@  --- 025415.0001   Reorganization
```

| DATE | ACTUAL TIME-KEEPER | ELITE TKPR ID # | WORK DESCRIPTION | TASK CODE | BILL HOURS | BILL RATE | BILL DOLLARS | CUMULATIVE TOTAL | INDEX # | |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/23/15 | LMB | 0110 | Review and revise Excel spreadsheet relating to payments to Linda Goldberg and/or payments made by her for Debtor's benefit | B120 | 0.30 | 485.00 | 145.50 | 31,072.00 | 5451059 | |
| 10/23/15 | LMB | 0110 | Analysis of documents relating to payments to Linda Goldberg and/or payments made by her for Debtor's benefit | B120 | 0.30 | 485.00 | 145.50 | 31,217.50 | 5451060 | |
| 10/23/15 | TCW | 0273 | Emails with L. Benjamin regarding motions to retain accountant, tax counsel (.3), review same (.2), review request to produce and email L. Benjamin regarding same (.4). | B110 | 0.90 | 525.00 | 472.50 | 31,690.00 | 5456563 | (1) Unreasonable Time |
| 10/23/15 | MXM | 0657 | Draft certificate of service of bar date notice. | B110 | 0.40 | 215.00 | 86.00 | 31,776.00 | 5453990 | |
| 10/26/15 | LMB | 0110 | Analysis of expected cash flow from Legacy lease and debtor's potential to make plan payments | B320 | 1.20 | 485.00 | 582.00 | 32,358.00 | 5460640 | |
| 10/26/15 | LMB | 0110 | Begin draft of proposed term sheet for creditors | B320 | 0.60 | 485.00 | 291.00 | 32,649.00 | 5460641 | |
| 10/26/15 | LMB | 0110 | Review and exchange emails with H. Moscowitz regarding meeting and plan discussions | B150 | 0.10 | 485.00 | 48.50 | 32,697.50 | 5460642 | |
| 10/26/15 | LMB | 0110 | Review discovery served by Gilman relating to 2004 examination and applicable rules | B190 | 0.20 | 485.00 | 97.00 | 32,794.50 | 5460649 | |
| 10/27/15 | LMB | 0110 | Confer with debtor regarding status, strategy and plan formulation | B320 | 0.70 | 485.00 | 339.50 | 33,134.00 | 5460650 | |
| 10/27/15 | TCW | 0273 | Discussion with L. Benjamin regarding potential plan terms. | B320 | 0.30 | 525.00 | 157.50 | 33,291.50 | 5456575 | (1) Unreasonable Time |
| 10/29/15 | MXM | 0657 | Revise, finalize and prepare certificate of service of bar date notice. | B110 | 0.40 | 215.00 | 86.00 | 33,377.50 | 5458547 | |
| 10/30/15 | LMB | 0110 | Follow up on IRS request | B150 | 0.20 | 485.00 | 97.00 | 33,474.50 | 5460669 | |

```
DATE PRINTED    01/26/16 09:47:28                                                                                    Page 11 (11)
FEES BILL-THRU DATE  12/31/15
COST BILL-THRU DATE  12/31/15

-&dBILLING PROFESSIONAL-&d@                 -&dCLIENT-&d@  --- 025415        Goldberg, Arnold
L. M. Benjamin                              -&dMATTER-&d@  --- 025415.0001   Reorganization
```

| DATE | ACTUAL TIME-KEEPER | ELITE TKPR ID # | WORK DESCRIPTION | TASK CODE | BILL HOURS | BILL RATE | BILL DOLLARS | CUMULATIVE TOTAL | INDEX # | |
|---|---|---|---|---|---|---|---|---|---|---|
| 10/30/15 | LMB | 0110 | Confer with C. Buxbaum regarding retention application and revise the same to incorporate merger information | B160 | 0.60 | 485.00 | 291.00 | 33,765.50 | 5460675 | |
| 11/02/15 | TCM | 0273 | Emails with L. Benjamin, T. Anderson regarding tax issues. | B110 | 0.30 | 525.00 | 157.50 | 33,923.00 | 5465267 | (1) Unreasonable Time |
| 11/06/15 | LMB | 0110 | Confer and analyze with debtor and L. Templin regarding when the debtor could expect to receive payments under the cardio agreement and/or the leases with Legacy | B120 | 0.40 | 485.00 | 194.00 | 34,117.00 | 5466304 | |
| 11/08/15 | LMB | 0110 | Confer with debtor re: strategies to break impasse with creditors | B320 | 0.50 | 485.00 | 242.50 | 34,359.50 | 5472027 | |
| 11/09/15 | LMB | 0110 | Analysis of whether to extend exclusivity and confer with T. Wolford re: same | B320 | 0.20 | 485.00 | 97.00 | 34,456.50 | 5472032 | |
| 11/09/15 | LMB | 0110 | Review and exchange emails with Marcum re: disclosure and potential conflict, and analyze whether disclosure is necessary | B160 | 0.20 | 485.00 | 97.00 | 34,553.50 | 5472033 | |
| 11/09/15 | LMB | 0110 | Revise application to retain Marcum and incorporate Cary Buxbaum's comments | B160 | 0.70 | 485.00 | 339.50 | 34,893.00 | 5472036 | |
| 11/09/15 | TCM | 0273 | Discussion with L. Benjamin. | B110 | 0.20 | 525.00 | 105.00 | 34,998.00 | 5471145 | (1) Unreasonable Time |
| 11/10/15 | LMB | 0110 | Review and consider response to Gillman's motion to extend discharge deadline | B110 | 0.20 | 485.00 | 97.00 | 35,095.00 | 5472043 | |
| 12/10/15 | LMB | 0110 | Finalize application to retain Cary Buxbaum and prepare proposed order | B160 | 0.40 | 485.00 | 194.00 | 35,289.00 | 5472045 | |
| 11/10/15 | LMB | 0110 | Further analysis expected cash flow under the lease; email to Legacy's counsel re: same | B120 | 0.20 | 485.00 | 97.00 | 35,386.00 | 5472047 | |
| 11/10/15 | LMB | 0110 | Analysis of alternative plan scenarios and draft term sheet | B320 | 1.60 | 485.00 | 776.00 | 36,162.00 | 5472048 | |
| 11/10/15 | LMB | 0110 | Confer with Debtor regarding possible plan scenarios | B320 | 0.30 | 485.00 | 145.50 | 36,307.50 | 5472049 | |

```
DATE PRINTED    01/26/16  09:47:28                                                                              Page 12 (12)
FEES BILL-THRU DATE   12/31/15
COST BILL-THRU DATE   12/31/15

-&dBILLING PROFESSIONAL-&d@          -&dCLIENT-&d@ --- 025415       Goldberg, Arnold
L. M. Benjamin                       -&dMATTER-&d@ --- 025415.0001  Reorganization
```

| DATE | ACTUAL TIME-KEEPER | ELITE TKPR ID # | WORK DESCRIPTION | TASK CODE | BILL HOURS | BILL RATE | BILL DOLLARS | CUMULATIVE TOTAL | INDEX # | |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/10/15 | TCM | 0273 | Discussions with L. Benjamin regarding retention motions | B110 | 0.20 | 525.00 | 105.00 | 36,412.50 | 5471148 | (1) Unreasonable Time |
| 11/11/15 | LMB | 0110 | Analysis of liquidation scenario and tax consequences | B320 | 0.80 | 485.00 | 388.00 | 36,800.50 | 5472051 | |
| 11/11/15 | LMB | 0110 | Revisions to settlement proposal and term sheet of proposed bankruptcy plan | B320 | 1.60 | 485.00 | 776.00 | 37,576.50 | 5472052 | |
| 11/11/15 | LMB | 0110 | Review Rebecca's motion to extend time to object to discharge | B310 | 0.20 | 485.00 | 97.00 | 37,673.50 | 5472055 | |
| 11/11/15 | LMB | 0110 | Confer with the Debtor the proposed term sheet and his meeting with Stuart Gillman | B320 | 0.30 | 485.00 | 145.50 | 37,819.00 | 5472056 | |
| 11/11/15 | LMB | 0110 | Draft email to major creditors regarding term sheet | B320 | 0.10 | 485.00 | 48.50 | 37,867.50 | 5472057 | |
| 11/11/15 | TCM | 0273 | Discussion with L. Benjamin regarding motions to discharge. | B110 | 0.20 | 525.00 | 105.00 | 37,972.50 | 5471160 | (1) Unreasonable Time |
| 11/11/15 | JSS | 0701 | Telephone conference with Larry Benjamin re tax gain calculation upon sale of LLC membership interests; e-mails to Larry Benjamin re same | B240 | 0.50 | 685.00 | 342.50 | 38,315.00 | 5473384 | |
| 11/12/15 | LMB | 0110 | Exchange emails with L. Freedman and R. Lauter re: term sheet and meeting | B150 | 0.10 | 485.00 | 48.50 | 38,363.50 | 5472064 | |
| 11/12/15 | LMB | 0110 | Confer with J. Strouse regarding settlement of IRS claim | B190 | 0.10 | 485.00 | 48.50 | 38,412.00 | 5472065 | |
| 11/12/15 | LMB | 0110 | Review claim filed by IDOR | B310 | 0.10 | 485.00 | 48.50 | 38,460.50 | 5472066 | |
| 11/12/15 | LMB | 0110 | Confer with Debtor and Stuart Gilman regarding proposed plan | B150 | 0.80 | 485.00 | 388.00 | 38,848.50 | 5472069 | |
| 11/12/15 | LMB | 0110 | Analysis of alternates/revisions to plan in light of Stuart's comments | B320 | 0.30 | 485.00 | 145.50 | 38,994.00 | 5472070 | |
| 11/13/15 | LMB | 0110 | Confer with Gillman's attorney regarding yesterday's meeting and next steps | B150 | 0.20 | 485.00 | 97.00 | 39,091.00 | 5472076 | |

```
DATE PRINTED    01/26/16 09:47:28                                                                                              Page 13 (13)
FEES BILL-THRU DATE   12/31/15
COST BILL-THRU DATE   12/31/15

-&dBILLING PROFESSIONAL-&d@           -&dCLIENT-&d@  ---  025415       Goldberg, Arnold
L. M. Benjamin                        -&dMATTER-&d@  ---  025415.0001  Reorganization
```

| DATE | ACTUAL TIME-KEEPER | ELITE TKPR ID # | WORK DESCRIPTION | TASK CODE | BILL HOURS | BILL RATE | BILL DOLLARS | CUMULATIVE TOTAL | INDEX # | |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/13/15 | LMB | 0110 | Confer with Debtor regarding alternative plan scenarios regarding treatment of Gillman's claim | B110 | 0.30 | 485.00 | 145.50 | 39,236.50 | 5472078 | |
| 11/17/15 | LMB | 0110 | Appearance for hearing on application to employ Marcum as accountants | B160 | 0.80 | 485.00 | 388.00 | 39,624.50 | 5477004 | |
| 11/17/15 | LMB | 0110 | Meet with Larry Freedman and Richard Lauter to discuss and to negotiate support for proposed plan | B150 | 1.80 | 485.00 | 873.00 | 40,497.50 | 5477008 | |
| 11/17/15 | LMB | 0110 | Confer with Debtor regarding projected plan payouts and strategy for gaining plan acceptance | B320 | 0.50 | 485.00 | 242.50 | 40,740.00 | 5477009 | |
| 11/18/15 | LMB | 0110 | Appearance for hearing on Rebecca's motion to extend date to object to discharge | B110 | 0.80 | 485.00 | 388.00 | 41,128.00 | 5477012 | |
| 11/18/15 | LMB | 0110 | Confer with Rebecca's counsel (H. Moscowitz) regarding history of proceedings and possibility of plan | B320 | 0.20 | 485.00 | 97.00 | 41,225.00 | 5477013 | |
| 11/18/15 | TCM | 0273 | Email L. Benjamin regarding bar date order. | B110 | 0.20 | 525.00 | 105.00 | 41,330.00 | 5477533 | (1) Unreasonable Time |
| 11/24/15 | LMB | 0110 | Review and exchange emails with G. Silver regarding monthly report | B110 | 0.10 | 485.00 | 48.50 | 41,378.50 | 5481278 | |
| 11/27/15 | LMB | 0110 | Confer with Debtor regarding possible treatment of Becky's claims | B320 | 0.20 | 485.00 | 97.00 | 41,475.50 | 5481289 | |
| 11/29/15 | LMB | 0110 | Begin draft of response and objections to document request of Stuart Gillman | B110 | 0.90 | 485.00 | 436.50 | 41,912.00 | 5481286 | |
| 11/29/15 | LMB | 0110 | Analysis of Rebecca Goldberg's document requests and begin draft of response and objections to same | B110 | 1.20 | 485.00 | 582.00 | 42,494.00 | 5481287 | |
| 11/29/15 | LMB | 0110 | Obtain and review documents to be produced in response to document requests of A. Goldberg and Stuart Gillman | B110 | 1.00 | 485.00 | 485.00 | 42,979.00 | 5481288 | |
| 11/30/15 | LMB | 0110 | Work on November operating report and confer with Debtor re: same | B110 | 0.40 | 485.00 | 194.00 | 43,173.00 | 5481292 | |

```
DATE PRINTED    01/26/16 09:47:28                                                                                          Page 14 (14)
FEES BILL-THRU DATE  12/31/15
COST BILL-THRU DATE  12/31/15

-&dBILLING PROFESSIONAL-&d@        -&dCLIENT-&d@ --- 025415     Goldberg, Arnold
L. M. Benjamin                      -&dMATTER-&d@ --- 025415.0001 Reorganization
```

| DATE | ACTUAL TIME-KEEPER | ELITE TKPR ID # | TASK CODE | WORK DESCRIPTION | BILL HOURS | BILL RATE | BILL DOLLARS | CUMULATIVE TOTAL | INDEX # | |
|---|---|---|---|---|---|---|---|---|---|---|
| 11/30/15 | LMB | 0110 | B150 | Review and respond to email from B. Berneman re: questions regarding proposed term sheet for plan and requests for additional information | 0.60 | 485.00 | 291.00 | 43,464.00 | 5481293 | |
| 12/01/15 | LMB | 0110 | B110 | Further revisions to October operating statement and confer with Debtor regarding same | 0.30 | 485.00 | 145.50 | 43,609.50 | 5487767 | |
| 12/01/15 | LMB | 0110 | B320 | Confer with Debtor regarding various plan scenarios especially with respect to the treatment of Becky's claims | 0.70 | 485.00 | 339.50 | 43,949.00 | 5487768 | |
| 12/01/15 | LMB | 0110 | B110 | Confer with Debtor regarding documents responsive to Becky Goldberg's documents requests and make revisions to responses and objections | 0.60 | 485.00 | 291.00 | 44,240.00 | 5487769 | |
| 12/01/15 | LMB | 0110 | B190 | Draft motion for protective order and protective order and confer with T. Wolford re: same | 0.70 | 485.00 | 339.50 | 44,579.50 | 5487770 | |
| 12/01/15 | LMB | 0110 | B190 | Analysis of impact of judgment against Alexander Blake & Co. on debtor and confer with debtor re: same | 0.30 | 485.00 | 145.50 | 44,725.00 | 5487773 | |
| 12/01/15 | LMB | 0110 | B120 | Confer with Debtor regarding likely recovery from Wealshire Limited Partnership | 0.20 | 485.00 | 97.00 | 44,822.00 | 5487774 | |
| 12/01/15 | TCW | 0223 | B110 | _Discussions with L. Benjamin regarding protective order issues, debtor's receivable from Alexander Blake._ | _0.40_ | _525.00_ | _210.00_ | 45,032.00 | 5487983 | (1) Unreasonable Time |
| 12/02/15 | LMB | 0110 | B110 | Appearance for status | 1.00 | 485.00 | 485.00 | 45,517.00 | 5487779 | |
| 12/02/15 | LMB | 0110 | B150 | Confer with Becky's counsel (H. Moscowitz) regarding scope of protective order and formulation of a plan | 0.20 | 485.00 | 97.00 | 45,614.00 | 5487780 | |
| 12/04/15 | LMB | 0110 | B110 | Confer with client regarding DIP account and use of funds | 0.20 | 485.00 | 97.00 | 45,711.00 | 5487785 | |
| 12/06/15 | LMB | 0110 | B310 | Review claim filed by Stuart Gillman | 0.20 | 485.00 | 97.00 | 45,808.00 | 5492127 | |

```
DATE PRINTED    01/26/16  09:47:28                                                                                              Page 15 (15)
FEES BILL-THRU DATE  12/31/15
COST BILL-THRU DATE  12/31/15

~&dBILLING PROFESSIONAL~&d@              ~&dCLIENT~&d@  ---  025415       Goldberg, Arnold
L. M. Benjamin                           ~&dMATTER~&d@  ---  025415.0001  Reorganization
```

| DATE | ACTUAL TIME-KEEPER | ELITE TKPR ID # | WORK DESCRIPTION | TASK CODE | BILL HOURS | BILL RATE | BILL DOLLARS | CUMULATIVE TOTAL | INDEX # |
|---|---|---|---|---|---|---|---|---|---|
| 12/06/15 | LMB | 0110 | Revisions to proposed protective order | B190 | 0.20 | 485.00 | 97.00 | 45,905.00 | 5492128 |
| 12/06/15 | LMB | 0110 | Further obtain and review documents to be produced pursuant to Rule 2004 requests | B190 | 0.50 | 485.00 | 242.50 | 46,147.50 | 5492129 |
| 12/06/15 | LMB | 0110 | Further revisions to written responses and objection to Rule 2004 requests served by Stuart Gillman and Becky Goldberg | B190 | 0.60 | 485.00 | 291.00 | 46,438.50 | 5492130 |
| 12/07/15 | LMB | 0110 | Review and exchange emails with Becky Goldberg's counsel re: protective order | B150 | 0.10 | 485.00 | 48.50 | 46,487.00 | 5492132 |
| 12/07/15 | LMB | 0110 | Revisions to protective order to incorporate Becky Goldberg's comments | B190 | 0.20 | 485.00 | 97.00 | 46,584.00 | 5492133 |
| 12/08/15 | LMB | 0110 | Confer with debtor regarding lawsuit filed by Forum | B120 | 0.30 | 485.00 | 145.50 | 46,729.50 | 5492143 |
| 12/08/15 | LMB | 0110 | Review and exchange emails with Forum's counsel (Much Shelist) regarding settlement | B120 | 0.20 | 485.00 | 97.00 | 46,826.50 | 5492144 |
| 12/08/15 | LMB | 0110 | Confer with court regarding omission of motion from the call sheet | B110 | 0.10 | 485.00 | 48.50 | 46,875.00 | 5492147 |
| 12/09/15 | LMB | 0110 | Confer with debtor regarding status and issues | B110 | 0.20 | 485.00 | 97.00 | 46,972.00 | 5492153 |
| 12/09/15 | LMB | 0110 | Appearance for hearing on Debtor's motion for entry of protective order | B110 | 0.70 | 485.00 | 339.50 | 47,311.50 | 5500977 |
| 12/10/15 | LMB | 0110 | Follow up re: Forum action and review and exchange emails relating to same | B120 | 0.20 | 485.00 | 97.00 | 47,408.50 | 5492165 |
| 12/11/15 | LMB | 0110 | Confer with debtor regarding impact on estate of Gillman's action against Alexander Blake and attend to such action | B120 | 0.50 | 485.00 | 242.50 | 47,651.00 | 5492168 |
| 12/13/15 | LMB | 0110 | Review claim filed by Children's Trust | B310 | 0.20 | 485.00 | 97.00 | 47,748.00 | 5497274 |
| 12/14/15 | LMB | 0110 | Review prepetition claim of Northwestern Medical and confer with | B110 | 0.20 | 485.00 | 97.00 | 47,845.00 | 5497276 |

```
DATE PRINTED    01/25/16  09:47:28                                                                                              Page 16 (16)
FEES BILL-THRU DATE  12/31/15
COST BILL-THRU DATE  12/31/15

%dDBILLING PROFESSIONAL-%d@          %dDCLIENT-%d@ ---  025415       Goldberg, Arnold
L. M. Benjamin                       %dMATTER-%d@  ---  025415.0001  Reorganization
```

| DATE | ACTUAL TIME-KEEPER | ELITE TKPR ID # | WORK DESCRIPTION | TASK CODE | BILL HOURS | BILL RATE | BILL DOLLARS | CUMULATIVE TOTAL | INDEX # | |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/14/15 | TCW | 0273 | Emails with L. Benjamin regarding pre-Petition debts, debtor re: same | B110 | 0.30 | 525.00 | 157.50 | 48,002.50 | 5499595 | (1) Unreasonable Time |
| 12/14/15 | MXM | 0657 | Prepare supplemental service of bar date notice to NorthShore University. | B310 | 0.20 | 215.00 | 43.00 | 48,045.50 | 5493395 | |
| 12/15/15 | MXM | 0657 | Draft and prepare supplemental certificate of service of bar date order and notice. | B110 | 0.30 | 215.00 | 64.50 | 48,110.00 | 5494575 | |
| 12/16/15 | LMB | 0110 | Review accountant's schedule of findings and confer with debtor re: same | B410 | 0.30 | 485.00 | 145.50 | 48,255.50 | 5497287 | |
| 12/16/15 | LMB | 0110 | Confer with accountant (K. Callahan) and debtor regarding HUD issues and potential impact on Debtor's estate | B120 | 0.50 | 485.00 | 242.50 | 48,498.00 | 5497288 | |
| 12/16/15 | LMB | 0110 | Confer with Debtor regarding November operating report and case administration and potential plan | B110 | 0.30 | 485.00 | 145.50 | 48,643.50 | 5497289 | |
| 12/17/15 | LMB | 0110 | Confer with David Mann regarding possible settlement with Rebecca Goldberg | B150 | 0.10 | 485.00 | 48.50 | 48,692.00 | 5497302 | |
| 12/21/15 | LMB | 0110 | Review and analysis of IRS amended claim and confer with J. Strouse re: same | B310 | 0.20 | 485.00 | 97.00 | 48,789.00 | 5500939 | |
| 12/24/15 | LMB | 0110 | Review additional documents to be produced by Debtor pursuant to Rule 2004 | B190 | 0.20 | 485.00 | 97.00 | 48,886.00 | 5500964 | |
| 12/24/15 | LMB | 0110 | Obtain and review documents for November 2015 operating report and confer with debtor re: same | B110 | 0.20 | 485.00 | 97.00 | 48,983.00 | 5500965 | |
| 12/24/15 | LMB | 0110 | Prepare November 2015 operating report | B110 | 0.30 | 485.00 | 145.50 | 49,128.50 | 5500966 | |
| 12/28/15 | LMB | 0110 | Confer with Debtor regarding November operating report and outstanding issues | B110 | 0.20 | 485.00 | 97.00 | 49,225.50 | 5500969 | |
| 12/31/15 | LMB | 0110 | Review Rebecca Goldberg claim | B310 | 0.10 | 485.00 | 48.50 | 49,274.00 | 5504225 | |

```
DATE PRINTED     01/26/16 09:47:28                                                                              Page 17 (17)
FEES BILL-THRU DATE   12/31/15
COST BILL-THRU DATE   12/31/15

-&dBILLING PROFESSIONAL-&d@
L. M. Benjamin
                                            -&dCLIENT-&d@ --- 025415      Goldberg, Arnold
                                            -&dMATTER-&d@ --- 025415.0001 Reorganization

          ACTUAL  ELITE
          TIME-   TKPR                                               TASK     BILL     BILL     BILL     CUMULATIVE
          KEEPER  ID #    WORK DESCRIPTION                           CODE     HOURS    RATE     DOLLARS  TOTAL    INDEX #
DATE      ======  =====   ==================================        ======   =====    ======   =======  ======== =======

                                                                             105.80 -- TOTAL HOURS

-&dTOTAL DOLLAR VALUE-&d@ ---  $   49,274.00

                                            -&dTIMEKEEPER SUMMARY-&d@
                                                                            |---------- SUMMARY OF ACTUAL TIME ----------|
          ID       INIT        NAME                                         HOURS     AVG RATE       DOLLARS
          ======   =====       ========================                     =======   =========      ===========

          0110     LMB         L. M. Benjamin                               83.60     485.00         40,546.00
          0273     TCW         T. C. Wolford                                12.00     525.00          6,300.00
          0701     JSS         J. S. Shamberg                                0.50     685.00            342.50
          0657     MXM         M. X. Mirkovic                                9.70     215.00          2,085.50
                                                   -&dTOTALS-&d@ ---        105.80                 $ 49,274.00


                                            -&dSUMMARY OF TIME ENTRY-&d@
                         TASK CODE    HOURS        RATE          DOLLARS
                         =========    =======      =======       ===========
                         B110          53.30       466.07        24,841.50
                         B120           7.30       485.00         3,540.50
                         B130           0.30       485.00           145.50
                         B140           3.60       485.00         1,746.00
                         B150           8.20       495.73         4,065.00
                         B160          10.60       464.62         4,925.00
                         B170           0.20       485.00            97.00
                         B190           3.60       485.00         1,746.00
                         B210           0.60       215.00           129.00
                         B240           0.80       625.00           500.00
                         B310           4.70       301.17         1,415.50
                         B320          11.00       486.09         5,347.00
                         B410           0.50       485.00           242.50
                         E420           1.10       485.00           533.50
                                    -&dTOTALS-&d@ ---  105.80                $  49,274.00

                                            -&dUNBILLED COSTS (Through 12/31/15)-&d@
```

```
DATE PRINTED   01/26/16  09:47:36                                                              Page 18 (18)
FEES BILL-THRU DATE  12/31/15
COST BILL-THRU DATE  12/31/15

-&dBILLING PROFESSIONAL-&d@
L. M. Benjamin
                                          -&dCLIENT-&d@   ---  025415      Goldberg, Arnold

                                          -&dMATTER-&d@   ---  025415.0001 Reorganization

                                                                      CHECK        COST
    DATE       AMOUNT        COST DESCRIPTION                         NUMBER       CODE       INDEX #
   ======    ==========   ==========================                 ========     ======    ==========
  08/24/15     1,717.00   Professional Fees - US Bankruptcy Court -  G1110029     PROFEE1     2529215
                         chapter 11 petition filed in Bankruptcy court
                         for attorney, L. Benjamin.

  10/22/15        15.00   Reproduction of Documents                                COPY2      2532710

-&dTOTAL COSTS-&d@ ---  $    1,732.00


                              -&dSUMMARY OF CLIENT COSTS-&d@

                         COST CODE            DOLLARS
                         =========          ==========
                         COPY2                    15.00
                         PROFEE1               1,717.00

                                  -&dTOTALS-&d@ ---  $    1,732.00


TOTAL FEES AND EXPENSES DUE -- $   51,006.00
```