**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | |
| | ) | **Case No. 15bk28900** |
| **ARNOLD GOLDBERG** | ) | |
| | ) | **Chapter 11** |
| | ) | |
| **Debtor.** | ) | **Honorable Timothy A. Barnes** |
| | ) | |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO MARCUM, LLP, ACCOUNTANTS FOR DEBTOR, FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 44,686.00 | TOTAL COSTS REQUESTED: | $ 0.00 |
| TOTAL FEES REDUCED: | $ 507.00 | TOTAL COSTS REDUCED: | $ 0.00 |
| TOTAL FEES ALLOWED: | $ 44,179.00 | TOTAL COSTS ALLOWED: | $ 0.00 |

**TOTAL FEES AND COSTS ALLOWED: $ 44,179.00**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(1) Lumping – TOTAL of disallowed amounts (10% of affected entries): $ 153.00**

The Court may impose a ten percent penalty on entries that appear to be "lumping." The Court will reduce each entry marked as such per the penalty. *In re Wildman*, 72 B.R. 700, 709 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("Applicants may not circumvent the minimum time requirement or any of the requirements of detail by "lumping" a bunch of activities into a single entry. [citation omitted]. Each type of service should be listed with the corresponding specific time allotment.").

**(4) Insufficient Description – TOTAL of disallowed amounts: $ 354.00**

The Court denies the allowance of compensation for the indicated task(s) as the description of each task fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) (same).

Dated: August 22, 2017

Timothy A. Barnes
United States Bankruptcy Judge

| Date | | Total | Burchel | Buxbaum | Green | Heinze |
|---|---|---|---|---|---|---|
| 2016 | | | | | | |
| | **Preparation of A Goldberg 2012 amended income tax returns** | | | | | |
| 12-Jul | preparation of A Goldberg individual 2012 amended income tax returns | | | | 1.50 | |
| 2017 | | | | | | |
| 21-Feb | preparation of A Goldberg individual 2012 amended income tax returns | | | | 0.70 | |
| | HOURS | | - | - | 2.20 | - |
| | HOURLY RATE | | 340.00 | 400.00 | 180.00 | 135.00 |
| | TOTAL PROFESSIONAL FEES | 396.00 | - | - | 396.00 | - |

| | Preparation of Bankruptcy Estate 2015 1041 income tax return | Total | Burchel | Buxbaum | Green | Heinze |
|---|---|---|---|---|---|---|
| 2016 | | | | | | |
| 29-Nov | preparation of 2015 Bankkruptcy Estate 1041 income tax returns | | | | 0.50 | |
| 22-Dec | preparation of 2015 Bankkruptcy Estate 1041 income tax returns | | | | 0.20 | |
| 2017 | | | | | | |
| 16-Jan | preparation of 2015 Bankkruptcy Estate 1041 income tax returns | | | | 1.00 | |
| 20-Feb | preparation of 2015 Bankkruptcy Estate 1041 income tax returns | | | | 1.50 | |
| 26-Jan | preparation of 2015 Bankkruptcy Estate 1041 income tax returns | | | | 1.00 | |
| | open items - 2015 Bankruptcy Estate 1041 income tax return | | | | 0.20 | |
| 27-Jan | preliminary review of Bankkruptcy Estate 2015 1041 income tax returns | | 1.10 | | | |
| 9-Feb | preparation of 2015 Bankkruptcy Estate 1041 income tax returns | | | | 4.00 | |
| 17-Feb | preparation of 2015 Bankkruptcy Estate 1041 income tax returns | | | | 4.20 | |
| 20-Feb | review 2015 Bankruptcy Estate tax returns | | 0.30 | | | |
| 21-Feb | preparation of 2015 Bankkruptcy Estate 1041 income tax returns | | | | 1.50 | |
| 17-Mar | preliminary review of 2015 Bankruptcy Estate 1041 income tax return | | 1.00 | | | |
| | review of 2015 Bankruptcy Estate 1041 income tax return construct additional schedules and worpapaers | | 2.00 | | | |
| 21-Mar | review of 2015 Bankruptcy Estate 1041 income tax returns | | 0.20 | | | |
| | preparation of 2015 Bankkruptcy Estate 1041 income tax returns | | | | 1.00 | |
| 22-Mar | preparation of 2015 Bankkruptcy Estate 1041 income tax returns | | | | 0.50 | |
| | review 2015 Bankruptcy Estate tax returns | | 0.40 | | | |
| 28-Mar | follow up on open itmes of 2015 Bankruptcy Estate 1041 | | 0.20 | 0.10 | | |
| 29-Mar | final review of 2015 Bankruptcy Estate 1041 income tax returns | | 0.20 | 0.10 | | |
| | HOURS | | 5.40 | 0.20 | 15.60 | - |
| | HOURLY RATE | | 340.00 | 400.00 | 180.00 | 135.00 |
| | TOTAL PROFESSIONAL FEES | 4,724.00 | 1,836.00 | 80.00 | 2,808.00 | - |

**Preparation of Bankruptcy Estate 2015 1040 income tax return**

| 2017 | | Total | Burchel | Buxbaum | Green | Heinze |
|---|---|---|---|---|---|---|
| 9-Feb | preparation of 2015 Bankruptcy Estate 1040 income tax return | | | | 1.00 | |
| 17-Feb | preparation of 2015 Bankruptcy Estate 1040 income tax return | | | | 1.50 | |
| 20-Feb | preparation of 2015 Bankruptcy Estate 1040 income tax return | | | | 0.50 | |
| 16-Mar | preliminary review of 2015 Bankruptcy Estate 1040 income tax return and workpapers | | 3.00 | | | |
| 17-Mar | review of 2015 Bankruptcy Estate 1040 income tax return | | 1.30 | | | |
| 21-Mar | review of 2015 Bankruptcy Estate 1040 income tax return | | 0.40 | | | |
| | preparation of 2015 Bankruptcy Estate 1040 income tax return | | | | 0.50 | |
| 22-Mar | preparation of 2015 Bankruptcy Estate 1040 income tax return | | | | 0.50 | |
| 28-Mar | follow up on open itmes of 2015 Bankruptcy Estate 1040 | | 0.20 | 0.10 | | |
| 29-Mar | final review of 2015 Bankruptcy Estate 1040 income tax return | | 0.20 | 0.10 | | |
| | HOURS | | 5.10 | 0.20 | 4.00 | - |
| | HOURLY RATE | | 340.00 | 400.00 | 180.00 | 135.00 |
| | TOTAL PROFESSIONAL FEES | 2,534.00 | 1,734.00 | 80.00 | 720.00 | - |

**Preparation of A Goldber 2015 individual income tax return**

| 2017 | | Total | Burchel | Buxbaum | Green | Heinze |
|---|---|---|---|---|---|---|
| 21-Feb | prepartion of 2015 A Goldberg individual income tax return | | | | 1.70 | |
| 17-Mar | preliminary review of 2015 A Goldberg individual income tax returns | | 1.30 | | | |
| | review of 2015 A Goldberg incidvidual income tax returns | | 0.70 | | | |
| 21-Mar | review of 2015 A Goldberg incidvidual income tax returns | | 0.20 | | | |
| | prepartion of 2015 A Goldberg individual income tax return | | | | 0.50 | |
| 28-Mar | follow up on open items of 2015 A Goldberg individual income tax returns | | 0.20 | 0.10 | | |
| 29-Mar | final review of 2015 A Goldberg incidvidual income tax returns | | 0.30 | 0.10 | | |
| | HOURS | | 2.70 | 0.20 | 2.20 | - |
| | HOURLY RATE | | 340.00 | 400.00 | 180.00 | 135.00 |
| | TOTAL PROFESSIONAL FEES | 1,394.00 | 918.00 | 80.00 | 396.00 | - |

**Income Tax Projections**

| | | Total | Burchel | Buxbaum | Green | Heinze |
|---|---|---|---|---|---|---|
| 2017 | | | | | | |
| 27-Jan | preparation, review and consultations regarding 2016-2023 income tax projections | | 3.10 | | | |
| 8-Feb | preparation, review and consultations regarding 2016-2023 income tax projections | | 4.70 | | | |
| 9-Feb | preparation, review and consultations regarding 2016-2023 income tax projections | | 2.80 | | | |
| 10-Feb | correspondence with attorneys re projections | | 0.50 | | | |
| 13-Feb | phone call with attorneys Benjamin and Strouse and L Templin regarding 2016-2023 income tax projections | | 0.60 | | | |
| | revisions and review regarding 2016-2023 income tax projections | | 1.90 | | | |
| 22-Mar | prepare e mail re addt'l tax projection scenarios | | 0.10 | | | |
| 26-Jan | phone call with attorney Benjamin regarding tax projections | | | 0.20 | | |
| | corrspondence with attorneys on projections | | 0.30 | | | |
| 9-Mar | phone call and correspondence with attorney Benjamin re projection assumptions | | 0.50 | | | |
| 17-Mar | preparation, review and consultation of income tax projections regarding the potential dispositon of the real property in the Lincolnshire Properties, LP and the Ponds, LLC entities | | 4.50 | | | |
| | HOURS | | 19.00 | 0.20 | - | - |
| | HOURLY RATE | | 340.00 | 400.00 | 180.00 | 135.00 |
| | TOTAL PROFESSIONAL FEES | 6,540.00 | 6,460.00 | 80.00 | - | - |

(1) Lumping

**Various matters**

| Date | Description | Total | Burchel | Buxbaum | Green | Heinze |
|---|---|---|---|---|---|---|
| **2016** | | | | | | |
| 23-Aug | review IRS notice ; 2009-A Goldberg individual income taxes | | 0.20 | | | |
| 30-Aug | phone call with attorney Strouse | | 0.20 | | | |
| 1-Sep | review bankruptcy estate trust documents | | 0.20 | | | |
| 5-Sep | address bankruptcy estate income tax filine issues | | 0.80 | | | |
| 6-Sep | address bankruptcy estate implications on Goldberg Childrens trust | | 0.40 | | | |
| 8-Sep | phone call and e mails with Benjamin regarding bankruptcy estate assets | | 1.80 | | | |
| 13-Sep | matters regarding bankruptcy tax filings | | 0.20 | 0.20 | | |
| 20-Sep | review IRS notice and related filings, request updated IRS transcript | | 0.50 | | | |
| 21-Sep | follow up regarding attorney Strouse request for information | | 0.20 | 0.20 | | |
| 22-Sep | review A Goldberg prior balance due to IRS | | 0.20 | 0.20 | | |
| 25-Oct | prepare memo to client | | 0.60 | | | |
| 2-Nov | phone call with attorney Strouse regarding NOL loss carryfoward | | 0.20 | | | |
| **2017** | | | | | | |
| 4-Jan | matters RE: titling of assets, asset allocations, elections and carryover attribute bifurcations | | 1.50 | 0.20 | | |
| 11-Jan | phone call with A Goldberg regarding NOL carrybacks | | 0.10 | | | |
| 20-Jan | review of Wealshire W-2 issues | | 0.20 | | | |
| 25-Jan | correspondence on planning objectives and phone call | | 0.20 | | | |
| 27-Jan | phone call with attorneys Benjamin and Strouse and L Templin regarding tax projections | | 0.50 | 0.50 | | |
| 31-Jan | RE: tax attribute reductions, review application/limitations on basis reduction election, send e mail regarding above | | 1.20 | | | |
| | 2 phone calls with attorneys Strouse and Benjamin | | 0.40 | | | |
| 8-Feb | prepare e mail re projection | | 0.30 | | | |
| 9-Feb | review and research tax attribute treatment | | 2.00 | | | |
| | preparation of A Goldberg IRS power of attorney, 2015-18 | | | | 0.20 | |
| 17-Feb | review cancellation of debt exclusion provisions, solvency status, e mail | | 0.60 | | | |
| 20-Feb | prepare e mails to attorney re solvency | | 0.30 | | | |
| 21-Feb | phone call with attorney Benjamin and A Goldberg re: open items impacting both Alexander Blake & Co. and the Bankruptcy Estate | | 1.00 | | | |

(2) Insufficient Description

(2) Insufficient Description

| Date | Description | Total | Burchel | Buxbaum | Green | Heinze |
|---|---|---|---|---|---|---|
| | phone call with A goldberg regarding the Goldberg Children's Trust | | 0.30 | | | |
| 8-Mar | correspondence with attorney and L Templin | | 0.20 | | | |
| 21-Mar | phone call with attoreny Benjamin re hypothetical sale of interests | | 0.30 | | | |
| 23-Mar | prepare e mail re tax/cash flow planning scenarios | | 0.10 | | | |
| 29-Mar | correspondence with attorneys | | 0.90 | | | |
| 3-Apr | coorespondence with A Goldberg | | 0.15 | | | |
| | HOURS | | 15.75 | 1.30 | 0.20 | - |
| | HOURLY RATE | | 340.00 | 400.00 | 180.00 | 135.00 |
| | TOTAL PROFESSIONAL FEES | 5,911.00 | 5,355.00 | 520.00 | 36.00 | - |

| | | Total | Burchel | Buxbaum | Green | Heinze |
|---|---|---|---|---|---|---|
| | **2016 income tax extensions** | | | | | |
| 14-Apr | Preparation of the 2016 extension - Bankruptcy Estae 1041 | | | | 0.10 | 0.20 |
| | Preparation of the 2016 extension - A Goldberg individual income tax return | | | | 0.10 | 0.10 |
| | **TOTALS** | | | | | |
| | HOURS | | 47.95 | 2.10 | 24.40 | 0.30 |
| | HOURLY RATE | | 340.00 | 400.00 | 180.00 | 135.00 |
| | TOTAL PROFESSIONAL FEES | 21,575.50 | 16,303.00 | 840.00 | 4,392.00 | 40.50 |
| | Out of Pocket Expenses: | | | | | |
| | Tax return process fees - 2012 - A Goldberg individual amended income tax ret | N/C | | | | |
| | Tax return process fees - 2015 - Bankruptcy Estate 1041 | N/C | | | | |
| | Tax return process fees - 2015 - Bankruptcy Estate 1040 | N/C | | | | |
| | Tax return process fees - 2015 - A Goldberg individual income tax returns | N/C | | | | |
| | **TOTAL** | 21,575.50 | | | | |

| Date 2016 | | Total | Burchel | Buxbaum | Green | Miriam E. | Janis |
|---|---|---|---|---|---|---|---|
| | Partnership income tax returns-2014 | | | | | | |
| 3-Jun | preparation of the 2014 income tax returns | | | | 2.00 | | |
| 9-Jun | preparation of the 2014 income tax returns | | | | 5.70 | | |
| 13-Jun | preparation of the 2014 income tax returns | | | | 0.60 | | |
| 22-Jun | preparation of the 2014 income tax returns | | | | 1.60 | | |
| | review of 2014 income tax returns | | | | | 3.50 | |
| 23-Jun | reivew of 2014 income tax returns as revised for changes to trial balance by client | | 1.00 | | | | |
| 1-Sep | review 2014 worpapers and book adjusting journal entries, bankruptcy allocations | | 0.50 | | | | |
| | TOTAL HOURS- 2014 Partnership income tax returns | 14.90 | 1.50 | - | 9.90 | 3.50 | - |
| | HOURLY RATE | | 340.00 | 400.00 | 180.00 | 255.00 | |
| | | 3,184.50 | 510.00 | - | 1,782.00 | 892.50 | |

| Date | | Total | Burchel | Buxbaum | Green | Miriam E. | Janis |
|---|---|---|---|---|---|---|---|
| 2016 | | | | | | | |
| | Partnership income tax returns-2015 | | | | | | |
| | tax engagement planning | | | 0.5 | | 0.5 | |
| 7-Sep | review 2015 trial blance and general ledger | | 1.30 | | | | |
| 21-Sep | review correspondence on open items and additional information prepared by client | | 1.00 | | | | |
| 28-Oct | correspondence regarding tax notice | | 0.20 | | | | |
| 31-Oct | phone conversation with attorney J Strouse | | 0.20 | | | | |
| | preparation of the 2015 income tax returns | | | | 3.75 | | |
| | preparation of the 2015 income tax returns | | | | 4.25 | | |
| 21-Nov | update status of 2015 income tax preparation and open notes | | 0.20 | | | | |
| | preparation of the 2015 income tax returns | | | | 1.00 | | |
| 8-Dec | preparation of the 2015 income tax returns | | | | | 0.50 | |
| | preliminary review of 2015 income tax returns | | | | | 2.70 | |
| 27-Dec | review 2015 income tax returns | | 3.90 | | | | |
| 29-Dec | review 2015 income tax returns | | 2.00 | | | | |
| 2017 | | | | | | | |
| 3-Jan | correspondence with Arnold Goldberg | | 0.30 | | | | |
| 4-Jan | meeting with A Goldberg and attorney J Strouse to review tax filings | | 0.60 | | | | |
| 4-Jan | review open points with A Goldberg, attorney J Strouse and Burchel | | 0.20 | 0.20 | | | |
| | TOTAL HOURS -2015 S Partnership income tax returns | 22.30 | 9.90 | 0.20 | 9.00 | 3.20 | - |
| | HOURLY RATE | | 340.00 | 400.00 | 180.00 | 255.00 | 140.00 |
| | | 5,882.00 | 3,366.00 | 80.00 | 1,620.00 | 816.00 | - |

| Date<br>2016 | | Total | Burchel | Buxbaum | Green | Miriam E. | Janis |
|---|---|---|---|---|---|---|---|
| | Partnership income tax returns-2016 | | | | | | |
| 14-Feb | final extension preparation | | | | | | 0.2 |
| | TOTAL HOURS | 0.20 | - | - | - | - | 0.20 |
| | HOURLY RATE | | 340.00 | 400.00 | 180.00 | 255.00 | 140.00 |
| | | 28.00 | - | - | - | - | 28.00 |
| | **TOTALS** | | | | | | |
| | TOTAL HOURS | 37.40 | 11.40 | 0.20 | 18.90 | 6.70 | 0.20 |
| | TOTAL PROFESSIONAL FEES | 9,094.50 | 3,876.00 | 80.00 | 3,402.00 | 1,708.50 | 28.00 |
| | Out of Pocket Expenses: | | | | | | |
| | FedEx | 15.49 | | | | | |
| | Tax return process fees - 2014 | N/C | | | | | |
| | Tax return process fees - 2015 | N/C | | | | | |
| | **TOTAL** | 9,109.99 | | | | | |

| Date | | Total | Burchel | Buxbaum | Green | Miriam E. | Janis |
|---|---|---|---|---|---|---|---|
| 2016 | | | | | | | |
| | Partnership income tax returns-2015 | | | | | | |
| 1-Sep | discuss issues and bankruptcy allocation | | 0.20 | 0.20 | | 0.20 | |
| 7-Sep | review 2015 trial blance and general ledger | | 1.20 | | | | |
| 21-Sep | review correspondence on open items and additional information prepared by client | | 1.00 | | | | |
| 21-Nov | review open items | | 0.50 | | | | |
| 22-Nov | preparation of the 2015 income tax returns | | | | 4.75 | | |
| 29-Nov | preparation of the 2015 income tax returns | | | | | 0.50 | |
| | review of 2015 income tax returns | | | | | 2.80 | |
| 2017 | | | | | | | |
| 3-Jan | correspondence with Arnold Goldberg | | 0.30 | | | | |
| 4-Jan | meeting with A Goldberg and attorney J Strouse to review tax filings | | 0.60 | | | | |
| | Partnership income tax returns-2016 | | | | | | |
| 27-Jan | final extension preparation | | 0.20 | | | | 0.2 |
| | TOTAL HOURS | | 4.00 | 0.20 | 4.75 | 3.50 | 0.20 |
| | HOURLY RATE | | 340.00 | 400.00 | 180.00 | 255.00 | 140.00 |
| | | 3,215.50 | 1,360.00 | 80.00 | 855.00 | 892.50 | 28.00 |
| | Out of Pocket Expenses: | | | | | | |
| | Tax return process fees - 2015 | N/C | | | | | |
| | | 3,215.50 | | | | | |

| Date 2016 | S Corpoation income tax returns-2014 | Total | Burchel | Buxbaum | Green | Miriam E. | Heinze |
|---|---|---|---|---|---|---|---|
| 14-Jan | preparation of the 2014 income tax returns | | | | 1.50 | | |
| | review 12/31/14 trial balance, open issues | | 0.30 | | | | |
| 19-Jan | preparation of the 2014 income tax returns | | | | 1.75 | | |
| 26-Jan | preparation of the 2014 income tax returns | | | | 3.75 | | |
| 27-Jan | preparation of the 2014 income tax returns | | | | 3.75 | | |
| 3-Feb | review repair and maintenance issue | | 0.10 | | | | |
| | preparation of the 2014 income tax returns | | | | 2.00 | | |
| 5-Feb | preparation of the 2014 income tax returns | | | | 1.25 | | |
| 7-Feb | preliminary review of the 2014 income tax returns | | | | | 1.80 | |
| 9-Feb | open items | | | | | 0.20 | |
| | open items | | | | 0.20 | | |
| 10-Feb | accounting issues | | 0.20 | | | | |
| 22-Feb | preliminary extension preparation | | 0.10 | | | | |
| 24-Feb | final extension preparation | | 0.20 | | | | |
| 7-Mar | post review: preparation of the 2014 income tax returns | | | | 0.75 | | |
| 16-Mar | review of the 2014 income tax returns | | | | | 0.60 | |
| 18-Mar | final review of the 2014 income tax returns | | 1.10 | | | | |
| | finalize income tax returns, prepare for e filing | | | | | 0.70 | |
| | TOTAL HOURS- 2014 S Corpopration income tax returns | 20.25 | 2.00 | - | 14.95 | 3.30 | - |
| | HOURLY RATE | | 340.00 | 400.00 | 180.00 | 255.00 | |
| | | 4,212.50 | 680.00 | - | 2,691.00 | 841.50 | - |

2) Insufficient Description

Alexander Blake

| Date | Description | Total | Burchel | Buxbaum | Green | Miriam E. | Heinze |
|---|---|---|---|---|---|---|---|
| | S Corporation income tax returns-2015 | | | | | | |
| 19-Aug | review information relating to interco transactions | | | 0.30 | | | |
| | discussion with B Burchel regarding interco transactions | | | 0.20 | | | |
| | discussion with C Buxbaum regarding interco transactions | | 0.20 | | | | |
| 20-Aug | review accounting adjustment and related e mails with A Goldberg | | 0.40 | | | | |
| 1-Sep | bankruptcy estate allocation | | 0.30 | | | | |
| | tax engagement planning | | 0.30 | 0.30 | | 0.30 | |
| 7-Sep | review 12/31/15 trial balance and general ledger | | 1.50 | | | | |
| 21-Sep | review correspondence, open items, additional info provided by client | | 1.00 | | | | |
| 21-Nov | review correspondence follow up on open items | | 0.30 | | | | |
| 7-Dec | phone call with A goldberg to discuss open issues | | 0.50 | | | | |
| 21-Dec | preparation of the 2015 income tax returns | | | | 1.00 | | |
| 2017 | | | | | | | |
| 4-Jan | preparation of the 2015 income tax returns | | | | 2.50 | | |
| 5-Jan | preparation of the 2015 income tax returns | | | | 1.25 | | |
| 6-Jan | preparation of the 2015 income tax returns | | | | 1.75 | | |
| 11-Jan | review returns, e mail client and legal counsel with open items | | 1.30 | | | | |
| | adjust returns post review | | 1.00 | | | | |
| | review relevant IRC code and commentary for bankruptcy/insolvency related issues | | 1.40 | | | | |
| | review correspondence related to open issues, reconcile related prior years activity | | 1.40 | | | | |
| 27-Jan | review open items | | 0.50 | | | | |
| | phone call with legal counsel to discuss open items | | 0.50 | | | | |
| 2-Feb | review returns, | | 0.60 | | | | |
| 3-Feb | final preparation of the 2015 income tax returns subject to open items | | | | 1.00 | | |
| 14-Feb | review returns, | | 1.10 | | | | |
| 3-Mar | client meeting | | 0.60 | | | | |
| 16-Mar | resolve open items finalize returns | | 1.10 | | | | |
| | TOTAL HOURS -2015 S Corporation income tax returns | 22.60 | 14.00 | 0.80 | 7.50 | 0.30 | - |
| | HOURLY RATE | | 340.00 | 400.00 | 180.00 | 255.00 | 135.00 |
| | | 6,506.50 | 4,760.00 | 320.00 | 1,350.00 | 76.50 | - |

Alexander Blake

| | Total | Burchel | Buxbaum | Green | Miriam E. | Heinze |
|---|---|---|---|---|---|---|
| S Corporation income tax returns-2016 | | | | | | |
| 2-Feb preliminary extension preparation | | | | | | 0.10 |
| final extension preparation | | 0.20 | | | | |
| TOTAL HOURS-2016 S Corporation returns | 0.30 | 0.20 | - | - | - | 0.10 |
| HOURLY RATE | | 340.00 | 400.00 | 180.00 | 255.00 | 135.00 |
| | 81.50 | 68.00 | - | - | - | 13.50 |
| **TOTALS** | | | | | | |
| TOTAL HOURS | 43.15 | 16.20 | 0.80 | 22.45 | 3.60 | 0.10 |
| TOTAL PROFESSIONAL FEES | 10,800.50 | 5,508.00 | 320.00 | 4,041.00 | 918.00 | 13.50 |
| Out of Pocket Expenses: | | | | | | |
| Tax return process fees - 2014 | N/C | | | | | |
| Tax return process fees - 2015 | N/C | | | | | |
| **TOTAL** | 10,800.50 | | | | | |

Alexander Blake