# IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | |
|---|---|
| In re:<br><br>ARNOLD GOLDBERG,<br><br><br><br>Debtor. | Chapter 11<br><br>Case No. 15-28900<br><br><br>Hearing: March 27, 2018 at 10:00 a.m.<br><br>Hon. Timothy A. Barnes |

## NOTICE OF MOTION

     PLEASE TAKE NOTICE that on March 27, 2018 at 10:00 a.m., or as soon thereafter as counsel may be heard, we will appear before the Honorable Timothy A. Barnes, United States Bankruptcy Judge, in Courtroom 744 of the Everett McKinley Dirksen Federal Building, 219 South Dearborn Street, Chicago, Illinois, and shall then and there present the attached **THIRD AND FINAL APPLICATION OF MARCUM, LLP FOR ALLOWANCE OF COMPENSATION AS ACCOUNTANT FOR THE FEE PERIOD OF APRIL 16, 2017 THROUGH NOVEMBER 30, 2017,** a copy of which is hereby served upon you. The compensation sought herein is $12,430.00 for accounting services during the third and final fee period. No reimbursement is being sought for out-of-pocket expenses.

| | |
|---|---|
| Dated: Chicago Illinois<br>February 5, 2018 | Respectfully submitted,<br><br>*/s/  Lawrence M. Benjamin*<br><br>Lawrence M. Benjamin (ARDC #06196417)<br>Thomas C. Wolford (ARDC #06194526)<br>**NEAL, GERBER & EISENBERG LLP**<br>Two North LaSalle Street, Suite 1700<br>Chicago, IL 60602-3801<br>Telephone: (312) 269-8000<br>Facsimile: (312) 269-1747<br><br>*Attorneys for Debtor* |

27466806.1

## CERTIFICATE OF SERVICE

Lawrence M. Benjamin, an attorney, certifies that on February 19, 2018, he caused the **THIRD AND FINAL APPLICATION OF MARCUM, LLP FOR ALLOWANCE OF COMPENSATION AS ACCOUNTANT FOR THE FEE PERIOD OF APRIL 16, 2017 THROUGH NOVEMBER 30, 2017** to be served electronically using the Court's CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

The following is the list of parties who are currently on the list to receive email notice/service for this case:

Robert R Benjamin on behalf of Creditor Stuart Gilman
rrbenjamin@golanchristie.com,
mperez@golanchristie.com;myproductionss@gmail.com;tstephenson@golanchristie.com;tfalligant@golanchristie.com

Robert R Benjamin on behalf of Plaintiff Stuart Gilman, not personally but as Trustee of the Isadore Goldberg Revocable Trust
rrbenjamin@golanchristie.com,
mperez@golanchristie.com;myproductionss@gmail.com;tstephenson@golanchristie.com;tfalligant@golanchristie.com

Beverly A Berneman on behalf of Creditor Stuart Gilman
baberneman@golanchristie.com,
lreuther@golanchristie.com;mperez@golanchristie.com;myproductionss@gmail.com;tstephenson@golanchristie.com;tfalligant@golanchristie.com

Beverly A Berneman on behalf of Plaintiff Stuart Gilman, not personally but as Trustee of the Isadore Goldberg Revocable Trust
baberneman@golanchristie.com,
lreuther@golanchristie.com;mperez@golanchristie.com;myproductionss@gmail.com;tstephenson@golanchristie.com;tfalligant@golanchristie.com

Anthony J. D'Agostino on behalf of Plaintiff Stuart Gilman, not personally but as Trustee of the Isadore Goldberg Revocable Trust
ajdagostino@golanchristie.com,
mperez@golanchristie.com;tstephenson@golanchristie.com;tfalligant@golanchristie.com

Richard S Lauter on behalf of Creditor Arnold Goldberg Children's Trust
Richard.Lauter@lewisbrisbois.com, lbbscaesars@gmail.com

Patrick S Layng
USTPRegion11.ES.ECF@usdoj.gov

Harold L Moskowitz on behalf of Creditor Rebecca Goldberg
hlmatty@aol.com

Harold L Moskowitz on behalf of Debtor 1 Arnold Goldberg
hlmatty@aol.com

Harold L Moskowitz on behalf of Interested Party Rebecca Goldberg
hlmatty@aol.com

Jonathan E. Strouse on behalf of Debtor 1 Arnold Goldberg
jstrouse@harrisonheld.com, jkaplan@harrisonheld.com

Jonathan E. Strouse on behalf of Defendant LPLP, Inc.
jstrouse@harrisonheld.com, jkaplan@harrisonheld.com

Jonathan E. Strouse on behalf of Defendant Lincolnshire Properties, LP
jstrouse@harrisonheld.com, jkaplan@harrisonheld.com

Jonathan E. Strouse on behalf of Defendant The Ponds, LLC
jstrouse@harrisonheld.com, jkaplan@harrisonheld.com

George N. Vurdelja on behalf of Defendant LPLP, Inc.
gvurdelja@harrisonheld.com, lbelmonte@harrisonheld.com

George N. Vurdelja on behalf of Defendant Lincolnshire Properties, LP
gvurdelja@harrisonheld.com, lbelmonte@harrisonheld.com

George N. Vurdelja on behalf of Defendant The Ponds, LLC
gvurdelja@harrisonheld.com, lbelmonte@harrisonheld.com

Matthew C Wasserman on behalf of Creditor Stuart Gilman
mcwasserman@golanchristie.com, aprior@golanchristie.com

Matthew C Wasserman on behalf of Plaintiff Stuart Gilman, not personally but as Trustee of the Isadore Goldberg Revocable Trust
mcwasserman@golanchristie.com, aprior@golanchristie.com

Thomas C. Wolford on behalf of Debtor 1 Arnold Goldberg
twolford@ngelaw.com, ecfdocket@ngelaw.com

Additionally, the parties listed below were served by depositing the same in the U.S. Mail, postage prepaid, at 2 North LaSalle Street, Chicago, Illinois, on February 19, 2018 before 5:00 p.m.:

| | |
|---|---|
| Stuart Gilman, not personally but as Executor of the Estate of Isadore Goldberg and as Trustee of the Isadore Goldberg Revocable Trust,<br>c/o Golan & Christine LLP<br>Attn: Robert R. Benjamin,<br>Beverly A. Berneman, Anthony J. D'Agostino and Matthew C. Wasserman.<br>70 W. Madison Street, Suite 1500<br>Chicago, IL 60602 | Arnold Goldberg Children's Trust, Shale Lapping and Larry Freedman as co-trustees<br>c/o Freeborn & Peters LLP<br>Attn: Richard S. Lauter<br>331 S. Wacker Drive, Suite 3000<br>Chicago, IL 60606 |
| Patrick S. Layng<br>Office of the U.S. Trustee, Region 11<br>219 S. Dearborn Street, Room 873<br>Chicago, IL 60604-2027 | Rebecca Goldberg<br>c/o Harold L. Moskowitz<br>55 W. Monroe Street, Suite 3950<br>Chicago, IL 60603 |
| Synchrony Bank<br>c/o Recovery Management Systems Corporation<br>25 SE 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Wealshire Limited Partnership<br>c/o Lawrence Freedman, Esq.<br>77 W. Washington Street, Suite 1211<br>Chicago, IL 60602 |
| Jonathan E. Strouse, Esq.<br>George N. Vurdelja, Esq.<br>Harrison Held, LLP<br>333 W. Wacker Drive, Suite 1700<br>Chicago, IL 60606 | SNZ Diagnostics, Inc.<br>1419 Madison Drive<br>Buffalo Gove, IL 60089 |
| SNZ Diagnostics, Inc.<br>c/o Elvis Gonzalez<br>233 S. Wacker Dr., Suite 2100<br>Chicago, IL 60606 | Internal Revenue Service<br>P.O. Box 9941, Stop 6552<br>Ogden, UT 84409 |
| Barbara Leve, as Special Administrator of the Estate of Vivian Turcot, Deceased<br>c/o Theodore Gilbert<br>Botto, Gilbert & Lancaster<br>970 McHenry Avenue<br>Crystal Lake, IL 60014 | Barbara Leve, as Special Administrator of the Estate of Vivian Turcot, Deceased<br>807 Davis St. #806<br>Evanston, IL 60201 |

| | |
|---|---|
| Northshore University HealthSystem<br>23056 Network Place<br>Chicago, IL 60673 | Pentagon Federal Credit Union<br>P.O. Box 1432<br>Alexandria, VA 22313 |
| Danny Goldberg<br>89 Bleecker St., Apt. 6A<br>New York, NY 10012-1529 | Internal Revenue Service<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Stuart N. Litwin<br>3004 Mary Kay Lane<br>Glenview, IL 60026-1137 | BlueCross BlueShield of Illinois<br>P.O. Box 7344<br>Chicago, IL 60680-7344 |
| American Express<br>Pen Fed Credit Union<br>P.O. Box 247080<br>Alexandria, VA 22313-0456 | Bank of America-MasterCard<br>P.O. Box 851001<br>Dallas, TX 75285-1001 |
| Computer Solutions Incorporated<br>and Future Wave Tech, Inc.<br>4180 Ill. Rt. 83 #208A<br>Long Grove, IL 60047-9563 | Illinois Department of Revenue<br>Bankruptcy Department<br>P.O. Box 64338<br>Chicago, IL 60664-0338 |
| Synchrony Bank<br>c/o Recovery Management Systems Corp.<br>25 S. E. 2nd Avenue, Suite 1120<br>Miami, FL 33131-1605 | Marcum LLP<br>111 S. Pfingsten Road, Suite 300<br>Deerfield, IL 60015 |
| Arnold Goldberg<br>2561 Windrush Lane<br>Northbrook, IL 60062 | |

*/s/   Lawrence M. Benjamin*
Lawrence M. Benjamin (ARDC #06196417)
Thomas C. Wolford (ARDC #06194526)
**NEAL, GERBER & EISENBERG LLP**
Two North LaSalle Street, Suite 1700
Chicago, IL 60602-3801
Telephone: (312) 269-8000
Facsimile: (312) 269-1747

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: <br><br> ARNOLD GOLDBERG, <br><br><br> Debtor. | Chapter 11 <br><br> Case No. 15-28900 <br><br><br> Hon. Timothy A. Barnes |

**THIRD AND FINAL APPLICATION OF MARCUM, LLP FOR ALLOWANCE OF COMPENSATION AS ACCOUNTANT FOR THE FEE PERIOD OF APRIL 16, 2017 THROUGH NOVEMBER 30, 2017**

Pursuant to 11 U.S.C. §§ 327, 330 and 331, and the Order Authorizing the Employment and Retention of MARCUM, LLP ("Marcum") as accountants for the Debtor entered by this Court on November 17, 2015 (the "Retention Order"), Neal, Gerber & Eisenberg LLP ("NGE"), as counsel to the Estate of Arnold Goldberg (the "Debtor"), respectfully submits this application (the "Third Application") for compensation to be paid to Marcum in the amount of $12,430.00 for accounting services during the period of April 16, 2017 through November 30, 2017 (the "Current Period"). No reimbursement is being sought for out-of-pocket expenses In support of this Third and Final Interim Application, NGE respectfully states as follows:

## BACKGROUND

1. On August 24, 2015, the Debtor filed a petition for relief under chapter 11 of title 11 of the United States Code.

2. The Debtor's primary assets consist of his interests in The Ponds, LLC, a Delaware limited liability company ("Ponds") and Lincolnshire Properties, L.P., an Illinois limited partnership ("LPLP"). The Debtor owns 100% of the interests in LPLP and 51% of the interests in Ponds. The remaining 49% of the Ponds interests are owned by Lawrence M.

27466806.1

Freedman and Shayle Lapping, as Co-Trustees of the Arnold Goldberg Children's Trust. The Ponds is operated by an unrelated third party as an assisted living facility, and the LPLP is operated by an unrelated third party as a nursing facility. These properties (collectively the "Properties") are adjacent and connected and are effectively operated as a single operation. The Properties were previously operated by entities controlled by the Debtor, which entities are in the process of being wound up.

3. The Debtor is continuing in possession of his assets and is continuing to operate and maintain as a debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

4. No request has been made for the appointment of a trustee or examiner and no official committee has yet been established in this case.

5. The Court has jurisdiction over this Third Application pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2). The statutory predicates for the relief requested herein are Sections 330 and 331 of the Bankruptcy Code.

### THE DEBTOR'S RETENTION OF MARCUM IN THESE PROCEEDINGS

6. On November 10, 2015, the Debtor applied to the Court for an Order Under Sections 327(a) and 330(a) of the Bankruptcy Code and Bankruptcy Rule 2014(a) Authorizing Employment and Retention of Marcum LLP as Accountants for the Debtor [Docket No. 54] (the "Retention Application") to perform accounting services that are generally necessary to enable the Debtor to file tax returns, to formulate a plan, and to faithfully execute his duties as debtor-in-possession.

7. On November 17, 2015, this Court entered that certain Order Authorizing the Employment and Retention of Marcum LLP as Accountants for the Debtor Pursuant to Sections 327(a) and 330(a) of the Bankruptcy Code and Bankruptcy Rule 2014(a), [Docket No. 62] (the "Retention Order"). The Retention Order authorized the Debtor to employ Marcum as accountants to provide accounting services. The Retention Order authorizes the Debtor to compensate Marcum at the firm's hourly rates charged for services performed and to reimburse Marcum for actual and necessary out-of-pocket expenses incurred, subject to application to this Court in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and applicable local rules.

8. On November 8, 2016, the Debtor applied to the Court for an order under Sections 327(a) and 330(a) of the Bankruptcy Code and Bankruptcy Rule 2014(a) authorizing employment and retention of Marcum LLP as Accountants for the Debtor [Docket No. 153] (the "Second Retention Application") to perform accounting services for The Ponds of Wealshire, LLC, the Wealshire Limited Partnership, an Illinois limited partnership, and Alexander Blake & Co., an Illinois corporation that are generally necessary to enable them to file tax returns ("Former Operating Entities"). Because the Former Operating Entities are "flow-through" entities, the Debtor's income tax returns could not be prepared unless and until the income tax returns of the Former Operating Entities were prepared. The preparation of the tax returns of the Former Operating Entities were essential to and provided a significant benefit to the Debtor's estate and ultimate reorganization, including Debtor's compliance with Federal tax law.

9. On December 7, 2016, this Court entered that certain Order Authorizing the Employment and Retention of Marcum LLP as Accountants pursuant to Sections 327(a) and 330(a) of the Bankruptcy Code and Bankruptcy Rule 2014(a), [Docket No. 167] (the "Retention

Order"). The Retention Order authorized the Debtor to employ Marcum as accountants to provide accounting services to prepare the tax returns of the Former Operating Entities. The Retention Order authorizes the Debtor to compensate Marcum at the firm's hourly rates charged for services performed and to reimburse Marcum for actual and necessary out-of-pocket expenses incurred, subject to application to this Court in accordance with the Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and applicable local rules.

10. This is Marcum's third and final interim fee application. Pursuant to this Court's December 30, 2016 order, the Debtor was authorized to pay Marcum the sum of $15,398.50. Pursuant to this Court's August 22, 2017 order, the Debtor was authorized to pay Marcum the sum of $44,686.00. Other than the foregoing amount, Marcum has not received from Debtor any other payment for services rendered to the Debtor or this Estate.

### REASONABLE AND NECESSARY SERVICES RENDERED BY MARCUM, LLP

11. In the Current Period, Marcum incurred fees relating to this case in the total amount of $12,430.00 for accounting services during the period of April 16, 2017 through November 30, 2017. No reimbursement is being sought for out-of-pocket expenses (although Marcum incurred out of pocket costs.)

12. A summary breakdown of the charges for the Debtor as well as all of the Former Operating Entities is attached hereto as Exhibit A. Detailed time entries for each Marcum professional related to services performed during the Current Period are attached to the affidavit of Cary C. Buxbaum attached hereto as Exhibit B. According to the Affidavit, these records were made and kept in the ordinary course of Marcum's business, by persons who have knowledge of the matters stated therein, and it was their regular practice to make such records at the time the services were rendered. It shows the hours and fees incurred by each timekeeper.

27466806.1                                    4

13. As set forth in the Affidavit, Marcum prepared detailed time records for the Current Period as part of its regular practice in connection with the above captioned matter. It is the regular practice of Marcum to charge fees on an hourly basis; to obtain reimbursement from clients for out-of-pocket expenses and other charges incurred in connection with accounting services; to record time spent on timesheets promptly after work is performed; and to prepare invoices to clients, reflecting such time spent and charges incurred. The time records attached to the Affidavit were prepared in accordance with the foregoing practice; all of the time and charges reflected on the attached pertain solely to the above matter; and the time on this file was accrued at the hourly rates previously approved by the Court, namely, as follows: Partner $400; Senior Manager/Director $320 - $375; Supervisor/Manager $250 - $300; Senior Associate $165 - $275; Staff Accountant $130 - $180; Associate $120 - $180; and Administrative $85 - $160. The invoice attached to the Affidavit includes a summary of the time spent by each timekeeper. According to the Affidavit, all services and costs for which compensation is requested by Marcum in this Application were reasonable and necessary and were performed for and on behalf of the Debtor, and not for or on behalf of any other person.

14. Pursuant to Bankruptcy Rule 2002(a)(6), twenty-one days notice has been given for this application for compensation..

15. This Third and Final Application is made without prejudice to Marcum's right to seek further interim allowance and/or final allowance of compensation in the future. Marcum reserves the right to seek such amounts for work performed during the Current Period but not yet reflected in Marcum's time records because of customary delays (*e.g.*, vacations, etc.) or to amend the amounts listed herein to correct any errors. In the event that additional professional services were rendered or expenses were incurred on the Debtor's behalf during the Current

Period which services or expenses were not processed by Marcum's computer system in advance of this Application, Marcum reserves the right to seek such additional fees and expenses in a monthly statement and/or fee application filed with the Court.

WHEREFORE, Neal, Gerber & Eisenberg LLP respectfully requests that this Court enter an Order:

(A)    Allowing Marcum LLP reasonable compensation for accounting services in the amount of $12,430.00 for the Current Period, and authorizing the Debtor to pay Marcum LLP such amount; and

(B)    Granting such other relief as the Court deems just and equitable.

Dated:  February 5, 2018                    Respectfully submitted,

                                             /s/ Lawrence M. Benjamin
                                            NEAL, GERBER & EISENBERG LLP
                                            Lawrence M. Benjamin (ARDC #06196417)
                                            Thomas C. Wolford (ARDC #06194526)
                                            Two North LaSalle Street, Suite 1700
                                            Chicago, IL  60602-3801
                                            Telephone: (312) 269-8000
                                            Facsimile: (312) 269-1747

                                            ATTORNEYS FOR DEBTOR