UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re:                                         )
                                               )   Case No. 15bk28900
    ARNOLD GOLDBERG                      )
                                               )   Chapter 11
                                               )
        Debtor.                          )   Honorable Timothy A. Barnes
_____)

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO MARCUM, LLP, ACCOUNTANTS FOR DEBTOR, FOR ALLOWANCE AND PAYMENT OF INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 12,430.00 | TOTAL COSTS REQUESTED: | $ 0.00 |
| TOTAL FEES REDUCED: | $ 741.00 | TOTAL COSTS REDUCED: | $ 0.00 |
| TOTAL FEES ALLOWED: | $ 11,689.00 | TOTAL COSTS ALLOWED: | $ 0.00 |

**TOTAL FEES AND COSTS ALLOWED: $ 11,689.00**

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(1)    Insufficient Description – TOTAL of disallowed amounts: $ 741.00**

The Court denies the allowance of compensation for the indicated task(s) as the description of each task fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) (same).

Dated: **27 MAR 2018**

                                                                        Timothy A. Barnes
                                                                        United States Bankruptcy Judge

| Date 2017 | | Total | Burchel | Green |
|---|---|---|---|---|
| | **Preparation of Bankruptcy Estate 2016 1041 income tax returns** | | | |
| 30-Aug | gather information | | 0.30 | |
| | research/consulting | | 0.30 | |
| 11-Sep | projection/estimate preparation | | 0.30 | |
| 14-Sep | gather information | | 0.60 | |
| 22-Sep | preparation of Bankkruptcy Estate 1041 income tax returns | | | 0.50 |
| 25-Sep | preparation of Bankkruptcy Estate 1041 income tax returns | | | 3.00 |
| | preparation of 2015 Bankkruptcy Estate 1041 income tax returns | | 0.10 | |
| 26-Jan | preparation of Bankkruptcy Estate 1041 income tax returns | | | 1.25 |
| 28-Sep | open items - 2015 Bankruptcy Estate 1041 income tax return | | | |
| | phone/email conversation | | 0.20 | |
| 29-Sep | preparation of Bankkruptcy Estate 1041 income tax returns | | | 0.50 |
| | preliminary review of 2015 Bankruptcy Estate 1041 income tax return | | 4.70 | |
| | memo to client | | 0.20 | |
| 2-Oct | preparation of 2015 Bankkruptcy Estate 1041 income tax returns | | | |
| | phone/email conversation | | 0.40 | |
| 4-Oct | preparation of Bankkruptcy Estate 1041 income tax returns | | | 1.50 |
| 9-Oct | final review of 2015 Bankruptcy Estate 1041 income tax return | | 2.40 | |
| | HOURS | | 8.60 | 6.75 |
| | HOURLY RATE | | 390.00 | 180.00 |
| | TOTAL PROFESSIONAL FEES | 4,569.00 | 3,354.00 | 1,215.00 |

| | **Bankruptcy Estate Various matters** | | | |
|---|---|---|---|---|
| 2017 | | | | |
| 18-Sep | research/consulting | | 0.40 | |
| 25-Oct | research/consulting | | 0.10 | |
| 30-Oct | Phone conversation with Benjamin regarding Children's trust and strategies, review trust agreement | | 1.10 | |
| 3-Nov | Phone call with Goldberg to discuss projections | | 0.20 | |
| | Initial phone call with Benjamin to discuss tax distribution language | | 0.20 | |
| | Revise projections for updated 2016 data, incorporate asset sale option excecise adjust for non-grantor status | | 2.20 | |
| | Follow up phone call with Benjamin to update tax distribution language | | 0.30 | |
| | Review and revise proposed tax distibution language submitted to Benjamin | | 0.70 | |
| | HOURS | | 4.20 | - |

| | | | |
|---|---|---|---|
| HOURLY RATE | | 390.00 | 180.00 |
| TOTAL PROFESSIONAL FEES | 1,638.00 | 1,638.00 | - |

**TOTALS**

| | | | |
|---|---|---|---|
| HOURS | | 12.80 | 6.75 |
| HOURLY RATE | | 390.00 | 180.00 |
| TOTAL PROFESSIONAL FEES | 6,207.00 | 4,992.00 | 1,215.00 |

| Date 2017 | | Total | Burchel | Green |
|---|---|---|---|---|
| | **Preparation of the Wealshire Limited Partnership** | | | |
| | **2016 income tax returns** | | | |
| 6-Jul | Response to tax notice | | 0.40 | |
| 30-Aug | preparation of the income tax returns | | 1.30 | |
| 1-Sep | preparation of the income tax returns | | 1.15 | |
| 4-Sep | preparation of the income tax returns | | 0.30 | |
| | preparation of the income tax returns | | | 1.75 |
| 5-Sep | preliminary review of the income tax returns | | 2.30 | |
| 10-Sep | final review of the income tax returns | | 0.25 | |
| 11-Sep | final review of the income tax returns | | 0.10 | |
| | TOTAL HOURS | | 5.80 | 1.75 |
| | HOURLY RATE | | 340.00 | 180.00 |
| | | 2,287.00 | 1,972.00 | 315.00 |

| Date 2017 | | Total | Burchel | Green |
|---|---|---|---|---|
| | **Preparation of the Ponds of Wealshire** | | | |
| | **2016 income tax returns** | | | |
| 30-Aug | preparation of the income tax returns | | 1.30 | |
| 31-Aug | preparation of the income tax returns | | 0.20 | |
| 1-Sep | preparation of the income tax returns | | 1.15 | |
| 4-Sep | preparation of the income tax returns | | | 1.25 |
| 5-Sep | preliminary review of the income tax returns | | 1.70 | |
| 10-Sep | final review of the income tax returns | | 0.25 | |
| 11-Sep | final review of the income tax returns | | 0.10 | |
| | TOTAL HOURS | | 4.70 | 1.25 |
| | HOURLY RATE | | 340.00 | 180.00 |
| | | 1,823.00 | 1,598.00 | 225.00 |

| Date 2017 | | Total | Burchel | Green |
|---|---|---|---|---|
| | **Preparation of the Alexander Blake & Company 2016 (final year) income tax returns** | | | |
| 30-Aug | preparation of the income tax returns | | 1.60 | |
| 1-Sep | preparation of the income tax returns | | 0.30 | |
| 2-Sep | preparation of the income tax returns | | | 2.25 |
| 3-Sep | preparation of the income tax returns | | | 0.75 |
| 5-Sep | preparation of the income tax returns | | | 1.75 |
| 6-Sep | preliminary review of the income tax returns | | 1.50 | |
| 10-Sep | final review of the income tax returns | | 0.20 | |
| 11-Sep | final review of the income tax returns | | 0.10 | |
| | TOTAL HOURS | | 3.70 | 4.75 |
| | HOURLY RATE | | 340.00 | 180.00 |
| | | 2,113.00 | 1,258.00 | 855.00 |