UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | ) |
| | ) Case No. 15bk28900 |
| **ARNOLD GOLDBERG** | ) |
| | ) Chapter 11 |
| | ) |
| Debtor. | ) Honorable Timothy A. Barnes |
| | ) |

**FINDINGS OF FACT AND CONCLUSIONS OF LAW IN SUPPORT OF ORDER AWARDING TO GOLAN CHRISTIE TAGLIA LLP, COUNSEL FOR STUART GILMAN, FOR ALLOWANCE AND PAYMENT OF ADMINISTRATIVE CLAIM**

| | | | |
|---|---|---|---|
| TOTAL FEES REQUESTED: | $ 100,000.00[1] | TOTAL COSTS REQUESTED: | $ 0.00 |
| TOTAL FEES REDUCED: | $ 12,499.50 | TOTAL COSTS REDUCED: | $ 0.00 |
| TOTAL FEES ALLOWED: | $ 98,957.00 | TOTAL COSTS ALLOWED: | $ 0.00 |

**TOTAL FEES AND COSTS ALLOWED: $ 11,689.00**

Counsel for Stuart Gilman seeks a $ 100,000.00 administrative claim under 11 U.S.C. § 503(b)(3)(D) for its substantial contribution towards confirmation of the Debtor's plan of reorganization in this case.

The attached time and expense entries have been underlined to reflect disallowance in whole or in part. The basis for each disallowance is reflected by numerical notations that appear on the left of each underlined entry. The numerical notations correspond to the enumerated paragraphs below.

**(1)    Duplication of Services – TOTAL of disallowed amounts: $ 4,574.50**

The Court denies the allowance of compensation for services that duplicate those of another professional or paraprofessional. *See* 11 U.S.C. § 330(a)(4)(A)(i). Reduction in fees is warranted if multiple attorneys from the same firm appear in court on a motion or argument or for a conference, unless counsel adequately demonstrates that each attorney present contributed in some meaningful way. *In re Pettibone*, 74 B.R. 293, 307 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("A debtor's estate should not bear the burden of duplication of services. If found in the record, such duplication shall be disallowed by the court as unnecessary."). It is also an accepted principle that generally no more than one attorney may bill for time spent in an intra-office conference or meeting absent an adequate explanation. *See In re Adventist Living Ctrs., Inc.*, 137 B.R. 701, 716 (Bankr. N.D. Ill. 1991) (Sonderby, J.); *In re Pettibone*, 74 B.R. at 303.

---

[1]    Counsel for Gilman seeks an administrative claim of $ 100,000.00 but submitted time entries totaling $ 111,456.50. The reductions are therefore taken from the $ 111,456.50 to determine the total amount supported by the time entries under the applicable standards as set forth herein.

In this case there were many parties to each conference, sometime without adequate explanation for necessity of each party.

(2)     **No Substantial Benefit to Plan – TOTAL of disallowed amounts: $ 6,334.00**

The court denies the allowance of time entries that do not satisfy the standard set forth in 11 U.S.C. § 503(b)(3)(D) for substantial contribution by relating to the plan. "Inherent in the term 'substantial' is the concept that the benefit received by the estate must be more than an incidental one arising from activities the applicant has pursued in protecting his or her own interests." *In re Sentinel Mgmt. Grp., Inc.*, 404 B.R. 488, 494 (Bankr. N.D. Ill. 2009) (Squires, J.) (*quoting Lebron v. Mechem Fin. Inc.*, 27 F.3d 937, 944 (3d Cir. 1994)). "In determining if an entity is entitled to administrative expense priority, courts consider whether the efforts of the applicant resulted in an actual and demonstrable benefit to the debtor's estate; services that indirectly, incidentally, or tangentially benefit estate do not qualify for administrative expense priority." *Cargill Fin. Servs. Corp. v. Envirodyne Indus., Inc.*, Case No. 94 C 6950, 1995 WL 461854, at *3 (N.D. Ill. July 12, 1995).

In this case, conferences with counsel's client about litigation strategy in general are not related to the plan and this did not substantially contribute in such a manner.

(3)     **Insufficient Description – TOTAL of disallowed amounts: $ 855.00**

The Court denies the allowance of compensation for the indicated task(s) as the description of each task fails to identify in a reasonable manner the service rendered. *In re Pettibone*, 74 B.R. 293, 301 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) ("A proper fee application must list each activity, its date, the attorney who performed the work, a description of the nature and substance of the work performed, and the time spent on the work. [Citation omitted] Records which give no explanation of the activities performed are not compensable."); *In re Wildman*, 72 B.R. 700, 708-9 (Bankr. N.D. Ill. 1987) (Schmetterer, J.) (same).

In this case, the court was unable to verify that the marked time entries under this category related wholly to the proposal of a plan of reorganization and not a different matter in the case.

(4)     **Computational or Typographical Error – TOTAL of disallowed amounts: $ 736.00**

The court denies the allowance of compensation for the following tasks because the amount of fees appears to be a computational or typographical error. Also, where there are two identical entries (same day, same tasks, same time billed), the court will consider one of the entries to be a typographical error.

Dated: March 27, 2018

_____
Timothy A. Barnes
United States Bankruptcy Judge



GOLAN CHRISTIE TAGLIA LLP
70 WEST MADISON STREET
SUITE 1500
CHICAGO, ILLINOIS 60602-4206
PHONE (312) 263-2300
FAX (312) 263-0939
GCT.LAW

**Creditor's Plan**

| | | | | Rate | Hours | |
|---|---|---|---|---|---|---|
| | 03/03/16 | BAB | Draft pro forma for proposed plan. | $460.00 | 0.50 | $230.00 |
| | 04/09/16 | MCW | Strategize regarding building unity among creditors with respect to plan and potential settlement agreement. | $380.00 | 0.50 | $190.00 |
| | 04/12/16 | RRB | (No Charge) - Conference with BAB regarding creating creditor's plan. | $0.00 | 0.50 | $0.00 |
| | 04/12/16 | BAB | Conference with RRB regarding timetable for plan and disclosure statement that we draft. | $460.00 | 0.50 | $230.00 |
| | 04/12/16 | BAB | Call with Tom Keating regarding issues, division of labor and estimate. | $460.00 | 0.30 | $138.00 |
| | 05/05/16 | RRB | Continue to review projections and compare to DIP proposal. | $505.00 | 0.70 | $353.50 |
| | 05/05/16 | RRB | Conferences with BAB regarding adjustments to pro forma and issues raised by Stuart. | $505.00 | 0.80 | $404.00 |
| | 05/05/16 | BAB | Continue working on pro forma and term sheet including anticipation of objections by trustee. | $460.00 | 2.40 | $1,104.00 |
| | 05/05/16 | BAB | E-mail to Stuart with draft proforma and explanation of differences between his original proposal and the pro forma. | $460.00 | 0.40 | $184.00 |
| (1) Duplicative | 05/05/16 | BAB | Work with RRB regarding anticipatory objections be UST. | $460.00 | 0.80 | $368.00 |
| | 05/06/16 | RRB | (No Charge) – Conference with BAB regarding creditor plan. | $0.00 | 1.00 | $0.00 |
| | 05/06/16 | BAB | Continue to analyze and formulate scenarios for treatment of property and distributions after the sale in 2023. | $460.00 | 1.00 | $460.00 |
| | 05/06/16 | BAB | Conference with RRB to work through the components of our proposed plan and the post sale/2023 problems. | $460.00 | 1.00 | $460.00 |
| | 05/06/16 | BAB | Continue drafting pro forma and term sheet. | $460.00 | 2.10 | $966.00 |
| | 05/06/16 | BAB | E-mail to Stuart with drafts for review. | $460.00 | 0.20 | $92.00 |
| | 05/06/16 | BAB | Call with Stuart regarding readjustments to the pro forma and potential distributions. | $460.00 | 0.50 | $230.00 |
| | 05.09/16 | BAB | Redraft pro forma pursuant to Stuart's requests. | $460.00 | 0.70 | $322.00 |
| | 05/10/16 | RRB | Review and revise Term Sheet and pro forma; memo to BAB. | $505.00 | 0.80 | $404.00 |
| | 05/10/16 | BAB | E-mail exchange with MCW and RRB regarding Arnie's potential argument that the Family Settlement Agreement is executory. | $460.00 | 0.20 | $92.00 |
| | 05/10/16 | BAB | Continue drafting changes to proposed plan pursuant to discuss with Stuart. | $460.00 | 1.40 | $644.00 |
| | 05/10/16 | BAB | E-mail to Stuart with revised pro forma, term sheet and amortization schedules. | $460.00 | 0.20 | $92.00 |

EXHIBIT A

| | Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| | 05/10/16 | BAB | E-mail exchange with Stuart regarding pro forma and term sheet and adding additional items. | $460.00 | 0.10 | $46.00 |
| | 05/11/16 | RRB | (No Charge) – Conference with BAB and MCW regarding plan. | $0.00 | 0.60 | $0.00 |
| | 05/11/16 | BAB | Call with Stuart regarding further changes to the pro forma and terms of proposed plan; discussed strategy for continuing preliminary injunction and meeting with the Trustee to explain plan. | $460.00 | 0.80 | $368.00 |
| | 05/11/16 | BAB | Make revisions to plan terms and pro forma per conversation with Stuart. | $460.00 | 1.50 | $690.00 |
| | 05/11/16 | BAB | E-mail to Stuart with revised term sheet and pro forma. | $460.00 | 0.20 | $92.00 |
| | 05/12/16 | BAB | E-mail exchange with other attorneys regarding Plan Term Sheet and Pro Forma. | $460.00 | 0.20 | $92.00 |
| (2) No Substantial Contribution re Plan | 05/12/16 | BAB | Discuss with RRB delaying turnover to L.B. until creditors review. | $460.00 | 0.20 | $92.00 |
| | 05/12/16 | BAB | Review RRB's 1111(b) comments. | $460.00 | 0.60 | $276.00 |
| | 05/13/16 | BAB | Prepare for conference call with creditors to discuss proposed plan. | $460.00 | 0.50 | $230.00 |
| | 05/13/16 | BAB | Conference call with creditors regarding the proposed plan. | $460.00 | 0.30 | $138.00 |
| | 05/13/16 | BAB | Debrief with RRB to report results of conference call. | $460.00 | 0.20 | $92.00 |
| | 05/16/16 | BAB | E-mail exchange with Rich, Harold, RRB and MCW regarding the timing for presenting the plan proposal to Larry Benjamin. | $460.00 | 0.20 | $92.00 |
| | 05/18/16 | RRB | (No Charge) – Conference with BAB regarding Plan. | $0.00 | 0.30 | $0.00 |
| | 05/18/16 | BAB | Conference with RRB regarding strategy for proposing plan to Larry Benjamin. | $460.00 | 0.30 | $138.00 |
| | 05/18/16 | BAB | E-mail to Larry Benjamin with draft term sheet and pro forma. | $460.00 | 0.20 | $92.00 |
| | 05/19/16 | RRB | Multiple e-mail exchange with L. Benjamin regarding Credit Plan proposal and insurance proceeds. | $505.00 | 0.40 | $202.00 |
| (3) Insufficient Descrip. | 05/19/16 | RRB | E-correspondence to S.G. | $505.00 | 0.10 | $50.50 |
| | 05/24/16 | RRB | Multiple e-mails with L. Benjamin rejecting creditor's Plan proposal. | $505.00 | 0.50 | $252.50 |
| | 05/24/16 | RRB | (No Charge) – Conference with BAB regarding L. Benjamin's positions. | $0.00 | 0.30 | $0.00 |
| | 05/24/16 | BAB | Conference with MCW regarding responding to Larry B. | $460.00 | 0.30 | $138.00 |
| (1) Duplicative | 05/24/16 | BAB | E-mail exchange with Larry Benjamin regarding his objections to our proposed plan. | $460.00 | 0.50 | $230.00 |
| (3) Insufficient Descrip. | 05/24/16 | BAB | Conference with RRB regarding responding to Larry Benjamin. | $460.00 | 0.30 | $138.00 |
| | 05/24/16 | BAB | E-mail exchange with Stuart. | $460.00 | 0.10 | $46.00 |
| (1) Duplicative | 05/24/16 | MCW | Numerous email correspondence with opposing counsel regarding his rejection of proposed plan. | $380.00 | 0.30 | $114.00 |
| | 05/25/16 | RRB | Memo to BAB and MCW on 305(a) and 1112(b) and structured dismissal | $505.00 | 2.00 | $1,010.00 |

| | Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| | 06/01/16 | RRB | Call from S.G. regarding status of court proceedings today; affect of cram down; options. | $505.00 | 0.50 | $252.50 |
| | 06/02/16 | RRB | Conference call with S.G. and BAB regarding revisions to term sheet; Debtor's use of Children's Trust to avoid absolute priority rule; strategy if case converted or dismissed. | $505.00 | 1.00 | $505.00 |
| (1) Duplicative | 06/02/16 | BAB | Conference call with Stuart regarding revised plan and strategy for motion to dismiss. | $460.00 | 1.00 | $460.00 |
| | 06/02/16 | BAB | Revise pro forma pursuant to discussion with Stuart. | $460.00 | 0.50 | $230.00 |
| | 06/07/16 | BAB | Call with Stuart regarding adjustments to pro forma and supporting narrative. | $460.00 | 0.40 | $184.00 |
| | 06/07/16 | BAB | Revise pro forma and narrative description of plan. | $460.00 | 1.00 | $460.00 |
| | 06/08/16 | BAB | Continue drafting revised pro forma and revised term sheet. | $460.00 | 0.30 | $138.00 |
| | 06/08/16 | BAB | E-mail to Stuart with drafts for his review. | $460.00 | 0.10 | $46.00 |
| | 06/09/16 | RRB | Strategy conference with BAB regarding transfer of membership interests and strategy in the event new Plan proposal is not accepted. | $505.00 | 0.50 | $252.50 |
| (1) Duplicative | 06/09/16 | BAB | Strategy conference with RRB regarding ability to transfer interest in LLC and strategy if new plan proposal is rejected. | $460.00 | 0.50 | $230.00 |
| | 06/10/16 | BAB | Call with Stuart to review his changes to the pro forma and term sheet. | $460.00 | 0.50 | $230.00 |
| | 06/12/16 | BAB | Revise term sheet based on Stuart's revised pro forma. | $460.00 | 0.60 | $276.00 |
| | 06/13/16 | BAB | Continue drafting term sheet for revised plan. | $460.00 | 0.50 | $230.00 |
| | 06/14/16 | BAB | E-mail to creditor group with advanced copy of the revised pro forma and term sheet. | $460.00 | 0.10 | $46.00 |
| | 06/15/16 | BAB | E-mail from Stuart with revised pro forma. | $460.00 | 0.10 | $46.00 |
| | 06/15/16 | BAB | Call with Stuart regarding same. | $460.00 | 0.60 | $276.00 |
| | 06/15/16 | BAB | Review v.3 of pro forma; review plan on file. | $460.00 | 0.40 | $184.00 |
| | 06/15/16 | BAB | E-mail to Stuart with analysis of only plan that has been filed and questions regarding an alleged amended plan. | $460.00 | 0.20 | $92.00 |
| | 06/16/16 | RRB | (No Charge) – Conference with BAB regarding means of avoiding absolute priority rule. | $0.00 | 0.40 | $0.00 |
| | 06/16/16 | BAB | Conference with RB regarding alternative plan proposal and the absolute priority rule. | $460.00 | 0.40 | $184.00 |
| | 06/16/16 | BAB | Revise plan proposal. | $460.00 | 0.60 | $276.00 |
| | 06/16/16 | BAB | Continue revising plan proposal. | $460.00 | 2.50 | $1,150.00 |
| | 06/17/16 | BAB | Call from Larry Benjamin regarding status of proposed plan. | $460.00 | 0.10 | $46.00 |
| | 06/17/16 | BAB | Continue drafting revised pro forma and begin drafting term sheet in the form of a plan. | $460.00 | 1.70 | $782.00 |
| | 06/21/16 | BAB | Continue drafting revised pro forma and revised term sheet. | $460.00 | 2.30 | $1,058.00 |
| | 06/23/16 | RRB | Review revised term sheet and pro forma. | $505.00 | 0.70 | $353.50 |
| | 06/23/16 | RRB | Conference with BAB regarding revised term | $505.00 | 0.50 | $252.50 |

| | Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| | | | sheet and pro forma. | | | |
| | 06/23/16 | BAB | Continue drafting term sheet and pro forma. | $460.00 | 2.30 | $1,058.00 |
| (1) Duplicative | 06/23/16 | BAB | Conference with RRB to review updated and revised pro forma and term sheet. | $460.00 | 0.50 | $230.00 |
| | 06/23/16 | BAB | Revise updated pro forma and term sheet to add suggestions from RRB and forward to Stuart for review. | $460.00 | 1.70 | $782.00 |
| | 06/24/16 | RRB | Additional conference with BAB to review Stuart's further refinements and approve for circulation. | $505.00 | 1.00 | $505.00 |
| | 06/24/16 | BAB | Continue revisions to pro forma and term sheet; E-mail to Stuart with drafts for review. | $460.00 | 3.10 | $1,426.00 |
| | 06/24/16 | BAB | Call with Stuart to review details of latest draft and discuss distribution to other parties. | $460.00 | 0.50 | $230.00 |
| | 06/24/16 | BAB | E-mails to counsel to distribute drafts of proposed plan. | $460.00 | 0.20 | $92.00 |
| | 06/29/16 | RRB | (No Charge) – Conference with BAB regarding plan revisions. | $0.00 | 0.50 | $0.00 |
| | 06/29/16 | BAB | Call with Larry Benjamin regarding Gilman's proposed plan. | $460.00 | 0.20 | $92.00 |
| | 06/29/16 | BAB | Conference with RRB regarding strategy considering information from Larry Benjamin. | $460.00 | 0.50 | $230.00 |
| | 07/01/16 | BAB | Work on revisions to pro forma per calls with Larry Benjamin. | $460.00 | 0.50 | $230.00 |
| | 07/05/16 | BAB | E-mail exchange with Rich Lauter regarding revisions to pro forma requested by Larry Benjamin. | $460.00 | 0.20 | $92.00 |
| | 07/05/16 | BAB | Continue drafting revisions. | $460.00 | 1.10 | $506.00 |
| | 07/05/16 | BAB | E-mail to Stuart with revised pro forma and explanation for changes. | $460.00 | 0.20 | $92.00 |
| | 07/06/16 | RRB | Conference with BAB to discuss S. Gilman and L. Benjamin suggested revisions. | $505.00 | 0.50 | $252.50 |
| | 07/06/16 | BAB | Call with Stuart regarding revised pro forma pursuant to comments from Larry Benjamin. | $460.00 | 0.20 | $92.00 |
| (1) Duplicative | 07/06/16 | BAB | Discuss revisions with RRB. | $460.00 | 0.50 | $230.00 |
| | 07/06/16 | BAB | Revise pro forma and term sheet and e-mail to Stuart regarding same. | $460.00 | 1.20 | $552.00 |
| (3) Insuff. Descrip. | 07/15/16 | RRB | Forward returns to S. Gilman. | $505.00 | 0.10 | $50.50 |
| | 07/15/16 | RRB | Call from S.G. regarding returns and strategy discussion regarding alternate Plan conference. | $505.00 | 0.40 | $202.00 |
| | 08/25/16 | RRB | (No Charge) – Conference with BAB regarding pro forma. | $0.00 | 0.40 | $0.00 |
| | 08/25/16 | BAB | Conference with RRB regarding formulas for revised pro forma. | $460.00 | 0.40 | $184.00 |
| | 08/25/16 | BAB | Revise pro forma. | $460.00 | 1.40 | $644.00 |
| | 08/26/16 | RRB | Review and approval of revised pro forma. | $505.00 | 0.50 | $252.50 |
| (2) No Substantial Contribution re Plan | 08/26/16 | RRB | Memo to AJD regarding Strouse discovery responses and next steps. | $505.00 | 0.90 | $454.50 |
| | 08/26/16 | BAB | Revise pro forma. | $460.00 | 3.10 | $1,426.00 |
| | 08/26/16 | BAB | E-mail exchange with Larry Benjamin regarding | $460.00 | 0.40 | $184.00 |

| | Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| | | | pro forma. | | | |
| | 08/30/16 | BAB | Call with Stuart regarding pro forma and follow up e-mail regarding option payments. | $460.00 | 0.50 | $230.00 |
| | 09/02/16 | BAB | Continue drafting revised pro forma in Phase I and Phase II. | $460.00 | 1.40 | $644.00 |
| | 09/05/16 | BAB | Continue drafting revised pro forma in Phase I and Phase II. | $460.00 | 1.70 | $782.00 |
| | 09/05/16 | BAB | E-mail to Stuart with drafts for review. | $460.00 | 0.10 | $96.00 |
| | 09/07/16 | RRB | Conference call with BAB and S.G. regarding Phase 1 and 2 projections by Debtor compared to Gilman's; status of litigation; discussion of L. Benjamin's Plan; discussion of B.Sugar demands. | $505.00 | 1.10 | $555.50 |
| | 09/07/16 | RRB | (No Charge) – Conference with BAB regarding pro forma. | $0.00 | 0.20 | $0.00 |
| | 09/07/16 | BAB | Review Stuart's revisions to pro forma. | $460.00 | 0.80 | $368.00 |
| | 09/07/16 | BAB | Conference with RRB regarding Stuart's revisions. | $460.00 | 0.20 | $92.00 |
| (4) Typo | 09/07/16 | BAB | Conference call with RRB and Stuart regarding pro forma and progress in other parts of the case. | $460.00 | 1.10 | $506.00 |
| | 09/09/16 | BAB | Work on pro forma and reconcile changes from Larry Benjamin and Stuart. | $460.00 | 2.30 | $1,058.00 |
| | 09/13/16 | BAB | Continue to update and revise pro forma. | $460.00 | 0.30 | $138.00 |
| (2) No Substantial Contribution re Plan | 09/13/16 | BAB | E-mail exchange with RRB regarding potential change in strategy and follow up conference re same. | $460.00 | 0.50 | $230.00 |
| | 09/20/16 | BAB | Revise and update pro forma and forward to Stuart for review. | $460.00 | 0.50 | $230.00 |
| | 11/23/16 | RRB | (No Charge) - Conference with BAB regarding pro forma. | $0.00 | 0.20 | $0.00 |
| | 11/23/16 | BAB | Call with Bryan regarding changes to the most recent pro forma. | $460.00 | 0.10 | $46.00 |
| | 11/28/16 | RRB | Creditors's conference call with B. Sugar, Josh Goldberg,, R. Lauter, L. Friedman, E. Prero, BAB and S. G. regarding pro formas and Plan strategy. | $505.00 | 1.00 | $505.00 |
| | 11/28/16 | BAB | Review Bryan Sugar's revised pro forma and analyze his proposal. | $460.00 | 0.40 | $184.00 |
| | 11/28/16 | BAB | E-mail to RRB and Stuart with comments. | $460.00 | 0.10 | $46.00 |
| | 11/28/16 | BAB | Pre-conference call preparation with Stuart. | $460.00 | 0.30 | $138.00 |
| (1) Duplicative | 11/28/16 | BAB | Creditor conference call regarding strategy going forward. | $460.00 | 1.00 | $460.00 |
| | 11/28/16 | BAB | Follow up call with Stuart regarding process of a creditor plan and pro forma changes. | $460.00 | 0.40 | $184.00 |
| | 12/02/16 | BAB | Make revisions to the 9/20/16 versions of the pro forma. | $460.00 | 0.50 | $230.00 |
| | 12/05/16 | BAB | Revise pro forma for creditors. | $460.00 | 1.70 | $782.00 |

| | Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| | 12/05/16 | BAB | E-mail to creditors with revised pro forma and explanation of changes. | $460.00 | 0.20 | $92.00 |
| (3) Insuff. Descrip. | 12/05/16 | BAB | E-mail exchange with Stuart. | $460.00 | 0.20 | $92.00 |
| | 12/06/16 | RRB | (No Charge) – Conference with BAB regarding pro forma. | $0.00 | 0.30 | $0.00 |
| | 12/06/16 | BAB | Conference and follow up e-mails with RRB regarding Stuart's and other creditors' responses to the pro forma. | $460.00 | 0.30 | 138.00 |
| | 12/06/16 | BAB | E-mail exchanges with creditors and Stuart regarding responses to the 12/5/16 pro forma. | $460.00 | 0.40 | $184.00 |
| | 12/06/16 | BAB | E-mail exchange with Larry B. and Jonathan regarding creditor's plan. | $460.00 | 0.20 | $92.00 |
| | 12/08/16 | RRB | (No Charge) – Conference with BAB regarding Freedman positions. | $0.00 | 0.20 | $0.00 |
| (2) No Substantial Benefit re Plan | 12/08/16 | BAB | Call with Larry Freedman regarding questions his beneficiaries had and follow up e-mail re same. | $460.00 | 0.20 | $92.00 |
| | 12/08/16 | BAB | Conference with RRB regarding strategy for remaining issues. | $460.00 | 0.20 | $92.00 |
| | 12/09/16 | BAB | E-mail to Stuart regarding status of two remaining issues and call with Larry F. yesterday. | $460.00 | 0.10 | $46.00 |
| | 12/09/16 | BAB | E-mail to Larry B. and Jonathan regarding status of resolving issues. | $460.00 | 0.10 | $46.00 |
| | 12/09/16 | BAB | Call from Jonathan regarding status of consensual plan. | $460.00 | 0.10 | $46.00 |
| | 12/12/16 | RRB | Conference call with BAB and S.G. regarding pro forma and outstanding issues. | $505.00 | 0.50 | $252.50 |
| | 12/12/16 | RRB | (No Charge) – Conference with BAB regarding Freedman | $0.00 | 0.50 | $0.00 |
| | 12/12/16 | BAB | Conference with RRB regarding Larry Freedman's beneficiaries position and strategy for getting them to accept the creditors' plan. | $460.00 | 0.50 | $230.00 |
| (1) Duplicative | 12/12/16 | BAB | Conference call with RRB and Stuart regarding Freedman and Becky issues. | $460.00 | 0.50 | $230.00 |
| | 12/13/16 | BAB | E-mail exchange with Bryan Sugar regarding Becky's agreement to take the $250,000 in Phase II. | $460.00 | 0.30 | $138.00 |
| | 12/13/16 | BAB | E-mail Stuart regarding Becky's agreement and re status of Larry F's issues. | $460.00 | 0.30 | $138.00 |
| | 12/13/16 | BAB | E-mail exchange with RRB regarding creditor buy in to pro forma. | $460.00 | 0.20 | $92.00 |
| | 12/14/16 | BAB | Call with Stuart regarding deal Bryan negotiated with Becky. | $460.00 | 0.10 | $46.00 |
| | 12/15/16 | BAB | Call with Bryan regarding Becky and Children's Trust issues. | $460.00 | 0.40 | $184.00 |
| | 12/15/16 | BAB | Call with Stuart regarding Becky and Children's Trust Issues | $460.00 | 0.40 | $184.00 |
| | 12/15/16 | BAB | Call with Bryan regarding Beck will agree to another $50,000 to pay her divorce attorney. | $460.00 | 0.30 | $138.00 |

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 12/18/16 (2) No Substantial Benefit re Plan | BAB | E-mail exchange with Bryan regarding kid's insisting that the $130 thousand is supposed to go to Arnie. | $460.00 | 0.20 | $92.00 |
| 12/18/16 | BAB | E-mail to Stuart forwarding copy of the e-mail. | $460.00 | 0.10 | $46.00 |
| 12/16/19 | RRB | (No Charge) Strategy conference with BAB regarding Children's Trust. | $0.00 | 0.30 | $0.00 |
| 12/19/16 | BAB | Strategy conference with RRB regarding $130,000 loan repayment and Children's Trust's position. | $460.00 | 0.30 | $138.00 |
| 12/20/16 (1) Duplicative | RRB | Partial attendance in conference call with Stuart and BAB regarding L. Friedman concerns over pro forma and strategy moving forward. | $505.00 | 0.40 | $202.00 |
| 12/20/16 | BAB | Conference call with Stuart and RRB regarding Children's Trust issues and plan revisions. | $460.00 | 0.50 | $230.00 |
| 12/20/16 | BAB | Begin drafting sample plan/disclosure statement language to appease Larry Freedman. | $460.00 | 0.60 | $276.00 |
| 12/22/16 | BAB | Draft potential wording for plan to show that Arnie will be paid his expenses before distribution to creditors. | $460.00 | 1.00 | $460.00 |
| 12/22/16 | BAB | Review pro forma as it exists to determine adjustments that need to be made to update it from original drafting almost a month ago. | $460.00 | 0.40 | $184.00 |
| 12/23/16 | RRB | Call from L. Benjamin regarding amounts due vendors; when to expect our pro forma, and agreement regarding violation of stay damages. | $505.00 | 0.20 | $101.00 |
| 12/23/16 | RRB | (No Charge) – Memo to BAB regarding Freedman language. | $0.00 | 0.30 | $0.00 |
| 12/23/16 | BAB | E-mail exchange with RRB regarding 'guaranty' language for Larry Freedman. | $460.00 | 0.30 | $138.00 |
| 12/23/16 | BAB | E-mail to Stuart with copy of latest pro forma from Larry B. with comments. | $460.00 | 0.50 | $230.00 |
| 12/23/16 | BAB | Call with Stuart to review comparison of L.Benjamin's revised pro forma. | $460.00 | 0.60 | $276.00 |
| 12/23/16 | BAB | Continue drafting revised pro forma. | $460.00 | 1.10 | $506.00 |
| 12/23/16 | BAB | E-mail to Stuart with revised pro forma and language for Arnie's living expenses. | $460.00 | 0.30 | $138.00 |
| 12/30/16 | BAB | Call with Stuart regarding final revisions to proposed pro forma and make requested revisions. | $460.00 | 0.40 | $184.00 |
| 12/30/16 | BAB | E-mail to creditor group with draft pro forma for approval. | $460.00 | 0.10 | $46.00 |
| 01/03/17 | RRB | (No Charge) – Conference with BAB regarding pro forma approvals. | $0.00 | 0.20 | $0.00 |
| 01/03/17 | BAB | Call with Elisha to review pro forma. | $460.00 | 0.20 | $92.00 |
| 01/03/17 | BAB | Revise pro forma were suggestions from Elisha. | $460.00 | 0.20 | $92.00 |
| 01/03/17 | BAB | E-mail exchange with Elisha regarding approval of pro forma. | $460.00 | 0.10 | $46.00 |
| 01/03/17 | BAB | Call with Harold to review pro forma. | $460.00 | 0.30 | $138.00 |
| 01/03/17 | BAB | Conference with RRB regarding status of approvals from creditor group. | $460.00 | 0.20 | $92.00 |

| | Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| | 01/03/17 | BAB | E-mail to Rick Lauter regarding status of approval of the pro forma. | $460.00 | 0.20 | $92.00 |
| | 01/03/17 | BAB | Second e-mail to creditor group requesting approval of revised pro forma. | $460.00 | 0.10 | $46.00 |
| | 01/03/17 | BAB | Call from Bryan approving pro forma and promising that he will contact Elisha to have Elisha approve the pro forma. | $460.00 | 0.30 | $138.00 |
| | 01/04/17 | BAB | E-mail exchanges with Stuart, Larry F. and Rick Lauter regarding children's trust's approval of pro forma. | $460.00 | 0.30 | $138.00 |
| | 01/04/17 | BAB | Call with Rick Lauter regarding children's trust approval of pro forma. | $460.00 | 0.20 | $92.00 |
| | 01/05/17 | BAB | Conference with RRB regarding status of approvals. | $460.00 | 0.10 | $46.00 |
| (3) Insuff. Descrip. | 01/05/17 | BAB | Reminder e-mails to Larry and Harold. | $460.00 | 0.10 | $46.00 |
| (3) Insuff. Descrip. | 01/05/17 | BAB | Call from Larry F. to go over a few details. | $460.00 | 0.20 | $92.00 |
| | 01/06/17 | BAB | E-mail exchange with Stuart regarding status of creditors' agreement to pro forma. | $460.00 | 0.20 | $92.00 |
| | 01/06/17 | BAB | E-mail exchanges with Larry F. and Harold regarding approval of pro forma. | $460.00 | 0.20 | $92.00 |
| | 01/06/17 | BAB | Call from Jonathan Strousse regarding status of creditor approval. | $460.00 | 0.30 | $138.00 |
| | 01/06/17 | BAB | E-mail to Stuart regarding status of approvals and proceeding with or without Becky. | $460.00 | 0.10 | $46.00 |
| | 01/09/17 | BAB | E-mail exchange with L. Benjamin regarding pro forma. | $460.00 | 0.10 | $46.00 |
| | 01/09/17 | BAB | E-mails to Larry F. and Harold regarding lack of acceptance. | $460.00 | 0.10 | $46.00 |
| (3) Insuff. Descrip. | 01/09/17 | BAB | E-mail to Stuart. | $460.00 | 0.10 | $46.00 |
| | 01/09/17 | BAB | Call with Larry B. regarding pro forma and issues raised in it. | $460.00 | 0.20 | $92.00 |
| | 01/09/17 | BAB | E-mail exchange with Larry B. regarding pro forma. | $460.00 | 0.30 | $138.00 |
| (2) No Substantial Benefit re Plan | 01/09/17 | BAB | E-mail to AJD, MCW and RRB regarding expenses approval analysis. | $460.00 | 1.00 | $460.00 |
| (2) No Substantial Benefit re Plan | 01/17/17 | RRB | Strategy conference call with BAB and Stuart to discuss L. Benjamin pro forma, settlement and trial, outstanding discovery and timetable for proceeding. | $505.00 | 0.90 | $454.50 |
| | 01/17/17 | BAB | (No Charge) – Conference call with Stuart and RRB regarding settlement. | $0.00 | 0.90 | $0.00 |
| | 01/17/17 | BAB | Draft e-mail to L. Benjamin regarding impasse on pro forma. | $460.00 | 0.20 | $92.00 |
| | 01/17/17 | BAB | E-mail exchange with RRB regarding draft. | $460.00 | 0.10 | $46.00 |
| | 01/17/17 | BAB | E-mail exchange to L. Benjamin regarding impasse. | $460.00 | 0.10 | $46.00 |
| | 01/17/17 | BAB | E-mail exchange with RRB and Stuart regarding L. Benjamin's response to my e-mail. | $460.00 | 0.10 | $46.00 |

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 01/17/17 | BAB | Call with Larry Benjamin regarding the option payments and tax escrow and potential ways of resolving the outstanding issues. | $460.00 | 0.50 | $230.00 |
| 01/23/17 | BAB | E-mail exchange with Larry Freedman and Stuart regarding proposal from the kids' trust. | $460.00 | 0.20 | $92.00 |
| 01/26/17 | BAB | E-mail from Larry B. with adjustments to the pro forma and forward to Stuart with inquiry as to progress with the other creditors. | $460.00 | 0.30 | $138.00 |
| 01/31/17 | RRB | Conference call with BAB and S.G. regarding our Pro Forma; review steps to be taken to obtain approved creditors Plan; and strategy to continue Adversary litigation. | $505.00 | 0.20 | $101.00 |
| 01/31/17 (1) Duplicative | BAB | Conference call with Stuart regarding updating the pro forma; E-mail exchange with Bryan regarding question from Becky. | $460.00 | 0.20 | $92.00 |
| 02/01/17 | BAB | E-mail from L. Benjamin with new numbers for pro forma. | $460.00 | 0.20 | $92.00 |
| 02/01/17 (3) Insuff Descrip. | BAB | Forward e-mail to RRB and Stuart with comment. | $460.00 | 0.20 | $92.00 |
| 02/03/17 | RRB | E-correspondence to S.G. forwarding Bryan and Harold prompts and request for Stuart to obtain approval of pro forma. | $505.00 | 0.10 | $50.50 |
| 02/03/17 | BAB | Draft response to L Benjamin's e-mail of 1/26 about items for the pro forma including the treatment of the $189k and forward to RRB for comment. | $460.00 | 0.20 | $92.00 |
| 02/03/17 | BAB | Make revisions per comments from RRB and the forward to L. Benjamin. | $460.00 | 0.20 | $92.00 |
| 02/03/17 | BAB | E-mails from Bryan Sugar, Harold and Stuart regarding agreement to creditors' pro forma. | $460.00 | 0.10 | $46.00 |
| 02/03/17 | BAB | Revise pro forma based upon input from all sources. | $460.00 | 2.20 | $1,012.00 |
| 02/06/17 | BAB | Call with Stuart regarding changes to the 2/3 pro forma. | $460.00 | 0.50 | $230.00 |
| 02/06/17 | BAB | Make changes to the 2/3 pro forma and forward to Stuart to circulate among the creditors. | $460.00 | 0.40 | $184.00 |
| 02/07/17 (3) Insuff Descrip. | RRB | Follow e-mails to and from S.G. to Sugar, Freedman and Becky. | $505.00 | 0.20 | $101.00 |
| 02/07/17 | RRB | Call to E.Prero to obtain approval. | $505.00 | 0.10 | $50.50 |
| 02/07/17 | RRB | Call from S.G. regarding agreement of creditors and anticipated next steps. | $505.00 | 0.40 | $202.00 |
| 02/07/17 | RRB | (No Charge) – Conference with BAB in preparation for court appearance. | $0.00 | 0.50 | $0.00 |
| 02/07/17 | BAB | Call from Bryan Sugar regarding including a statement that if Arnie dies, there's no more management fee. | $460.00 | 0.10 | $46.00 |
| 02/07/17 | BAB | E-mail to Stuart regarding same and add the notes to the two pro forma. | $460.00 | 0.10 | $46.00 |
| 02/07/17 | BAB | Conference with RRB regarding consensus among the creditors and strategy for court appearance tomorrow. | $460.00 | 0.50 | $230.00 |

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 02/07/17 | BAB | E-mails to creditor group and to Larry Benjamin regarding the pro forma and the creditor agreement. | $460.00 | 0.30 | $138.00 |
| 02/08/17 | BAB | Call with L. Benjamin to review the pro forma. | $460.00 | 0.30 | $138.00 |
| 02/08/17 | BAB | E-mail to RRB, MCW and AJD regarding results of call. | $460.00 | 0.20 | $92.00 |
| 02/08/17 | BAB | E-mail exchange with L. Benjamin regarding adjustments to the pro forma. | $460.00 | 0.10 | $46.00 |
| 02/09/17 | AJD | Briefly review status of settlement negotiations and analyze strategy for obtaining Debtor's cooperation with Creditor's plan. | $340.00 | 0.10 | $34.00 |
| 02/13/17 | BAB | E-mail exchanges with L. Benjamin regarding the pro forma and bank statements. | $460.00 | 0.40 | $184.00 |
| 02/13/17 | BAB | E-mails from Bryan and Elisha rejecting pro forma changes from L. Benjamin; | $460.00 | 0.40 | $184.00 |
| 02/14/17 | RRB | (No Charge) – Conference with BAB regarding creditors' Plan. | $0.00 | 0.50 | $0.00 |
| 02/14/17 | BAB | Conference with RRB regarding components of creditor group plan. | $460.00 | 0.50 | $230.00 |
| 02/15/17 | BAB | Work on Plan. | $460.00 | 0.50 | $230.00 |
| 02/16/17 | RRB | Research creditors's trust cases and memo to BAB. | $505.00 | 2.50 | $1,262.50 |
| 02/16/17 | BAB | E-mail exchange with creditor group regarding L. Benjamin challenging our ability to force Arnie to comply with a plan. | $460.00 | 1.00 | $460.00 |
| 02/27/17 | BAB | E-mail exchange with L. Benjamin regarding his updated proposal; Follow up e-mail exchanges with RRB, MCW and Stuart. | $460.00 | 0.10 | $46.00 |
| 02/27/17 | BAB | Call from Bryan regarding potential defection by the creditor group. | $460.00 | 0.30 | $138.00 |
| 02/27/17 | AJD | Review and evaluate Larry Benjamin's proposed pro forma and accompanying email claiming that there has been acceptance by the remaining creditors. | $340.00 | 0.20 | $68.00 |
| 03/01/17 | BAB | Assemble information for plan and creditors' trust agreement; Begin list of open questions. | $460.00 | 1.20 | $552.00 |
| (3) Insuff. Descrip. 03/02/17 | RRB | Email from BAB regarding outstanding issues. | $505.00 | 0.20 | $101.00 |
| 03/02/17 | RRB | Research and respond to Plan inquiries. | $505.00 | 1.80 | $909.00 |
| 03/02/17 | BAB | Continue drafting creditors plan. | $460.00 | 2.90 | $1,334.00 |
| 03/02/17 | BAB | Call with Stuart regarding progress of plan drafting, process of plan confirmation and discussion of L. Benjamin's continued negotiations with the other creditors. | $460.00 | 0.40 | $184.00 |
| 03/03/17 | RRB | Review and revise Plan and memo to BAB. | $505.00 | 2.00 | $1,010.00 |
| 03/03/17 | BAB | Strategy conference with MCW regarding responding to L. Benjamin and discussion of information needed for Disclosure Statement for Creditors' Plan. | $460.00 | 0.20 | $92.00 |
| 03/03/17 | BAB | Continue drafting creditors plan and creditors plan trust with RRB input. | $460.00 | 4.00 | $1,840.00 |

| | Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| | 03/06/17 | RRB | Review and further comments regarding Draft 3 of Plan. | $505.00 | 1.00 | $505.00 |
| | 03/06/17 | RRB | Review and revise trust agreement and memo to BAB. | $505.00 | 1.50 | $757.50 |
| | 03/06/17 | BAB | Continue drafting creditors plan and creditors' plan trust agreement. | $460.00 | 5.00 | $2,300.00 |
| | 03/07/17 | RRB | E-mail exchange with RRB regarding details of the plan and trust. | $460.00 | 0.50 | $230.00 |
| | 03/07/17 | RRB | Review and final comments to Draft #5 of Plan. | $505.00 | 1.00 | $505.00 |
| | 03/07/17 | RRB | Review and comments to BAB on draft #3 of Trust. | $505.00 | 1.00 | $505.00 |
| | 03/07/17 | BAB | Continue drafting Creditors Plan and Creditors Trust. | $460.00 | 3.00 | $1,380.00 |
| | 03/07/17 | BAB | E-mail exchange with RRB regarding drafts. | $460.00 | 0.20 | $92.00 |
| | 03/09/17 | BAB | Call with Stuart regarding Creditors' Plan, potential mediation and effect of plan on the 227 adversary. | $460.00 | 0.40 | $184.00 |
| | 03/10/17 | BAB | Call with Stuart to review the plan and trust agreement. | $460.00 | 0.50 | $230.00 |
| | 03/10/17 | BAB | Make changes to the plan, trust agreement and Phase I pro forma pursuant to comments from Stuart and e-mail to Stuart with revised pro forma for review. | $460.00 | 1.60 | $736.00 |
| | 03/10/17 | BAB | E-mail to creditors and their counsel with drafts of Creditors' Plan and Creditors' Trust Agreement. | $460.00 | 0.10 | $46.00 |
| (2) No Substantial Benefit re Plan | 03/13/17 | BAB | Conference with RRB, MCW and AJD regarding coordinating the Creditors' Plan track with the 227 adversary track and outstanding discovery. | $460.00 | 0.50 | $230.00 |
| | 03/14/17 | BAB | E-mail from Harold with comments on proposed plan and trust agreement. | $460.00 | 0.40 | $184.00 |
| | 03/14/17 | BAB | Redline plan and trust agreement to incorporate changes prompted by Harold's comments. | $460.00 | 2.00 | $920.00 |
| | 03/14/17 | BAB | E-mail to Harold and creditor group responding to Harolds' comments and attaching redlined revised documents. | $460.00 | 0.20 | $92.00 |
| | 03/20/17 | BAB | E-mail exchange with Bryan and copy to group regarding lack of response from Rick and Elisha and requested information. | $460.00 | 0.20 | $92.00 |
| | 03/20/17 | BAB | E-mail exchanges with members of the group as a result. | $460.00 | 0.10 | $46.00 |
| | 03/21/17 | BAB | Call with Larry Freedman regarding questions from the beneficiaries. | $460.00 | 0.20 | $92.00 |
| | 03/22/17 | BAB | Revise Creditors's Plan and Trust Agreement per comments from L. Freedman. | $460.00 | 0.20 | $92.00 |
| | 03/22/17 | BAB | E-mail to creditors' group with revised drafts. | $460.00 | 0.10 | $46.00 |
| | 03/22/17 | BAB | E-mail from Harold with commentary and suggested changes to the Trust Agreement. | $460.00 | 0.70 | $322.00 |
| | 03/23/17 | BAB | E-mail from Stuart regarding interest. | $460.00 | 0.10 | $46.00 |

| | Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| | 03/23/17 | BAB | E-mail exchanges with RRB and MCW regarding responding to Harold. | $460.00 | 0.20 | $92.00 |
| | 03/23/17 | BAB | E-mail to Harold responding to his suggested changes. | $460.00 | 0.10 | $46.00 |
| | 03/27/17 | AJD | Review emails re: discovery deadlines and status of plan negotiations in order to prepare strategy for tomorrow's court hearing. | $340.00 | 0.60 | $204.00 |
| (2) No Substantial Benefit re Plan | 03/28/17 | RRB | Court appearance on status of Chapter 11 Plan by Debtor; L. Benjamin interim fee petition; status on 227 and 142 Adversary Complaints. | $505.00 | 1.00 | $505.00 |
| | 03/28/17 | RRB | (No Charge) – Conference with BAB regarding interest and attorney's fees. | $0.00 | 0.20 | $0.00 |
| | 03/28/17 | BAB | E-mail exchange with Stuart regarding interest, attorneys' fees and recovery from Gilman Trust. | $460.00 | 0.30 | $138.00 |
| (2) No Substantial Benefit re Plan | 03/28/17 | BAB | Review FSA. | $460.00 | 0.30 | $138.00 |
| | 03/28/17 | BAB | Research and draft e-mail to Stuart regarding interest and attorneys' fees. | $460.00 | 0.90 | $414.00 |
| (3) Insufficient Descrip. | 03/28/17 | BAB | Conference with RRB regarding draft e-mail. | $460.00 | 0.20 | $92.00 |
| (3) Insufficient Descrip. | 03/28/17 | BAB | Make changes to draft e-mail per input from RRB. | $460.00 | 0.10 | $46.00 |
| | 03/28/17 | BAB | Review revisions to Creditors' proposed by Harold. | $460.00 | 0.60 | $276.00 |
| | 03/29/17 | RRB | (No Charge) – Conference with BAB regarding Rebecca revisions. | $0.00 | 0.30 | $0.00 |
| | 03/29/17 | BAB | Conference with RRB regarding Stuarts comments on Harold's changes; | $460.00 | 0.30 | $138.00 |
| | 03/29/17 | BAB | Begin drafting changes to Harold's version of the Trust Agreement. | $460.00 | 1.20 | $552.00 |
| | 03/29/17 | BAB | Begin drafting e-mail commenting on changes that were accepted and those that were not accepted. | $460.00 | 0.30 | $138.00 |
| | 03/30/17 | RRB | (No Charge) – Conference with BAB regarding Trust Agreement. | $0.00 | 0.20 | $0.00 |
| | 03/30/17 | BAB | Continue drafting Trust Agreement accepting or rejecting Harold's changes and updating sections based upon recent Supreme Court opinion. | $460.00 | 3.50 | $1,1610.00 |
| | 03/30/17 | BAB | Draft e-mail to creditor group commenting on changes requested by Harold and changes made to the prior version of the Trust Agreement. | $460.00 | 0.40 | $184.00 |
| | 03/30/17 | BAB | Conference with RRB regarding the changes. | $460.00 | 0.20 | $92.00 |
| | 03/31/17 | BAB | Edit and continue drafting trust agreement and plan. | $460.00 | 0.50 | $230.00 |
| | 03/31/17 | BAB | Continue drafting cover e-mail to creditor group regarding Harold's changes, | $460.00 | 0.20 | $92.00 |

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 04/02/17 | RRB | (No Charge) – E-correspondence with BAB regarding interest. | $505.00 | 0.20 | $0.00 |
| 04/02/17 | BAB | E-mail exchange with RRB regarding interest issue. | $460.00 | 0.20 | $92.00 |
| 04/03/17 | BAB | E-mail exchange with Stuart regarding interest and status of the documents. | $460.00 | 0.30 | $138.00 |
| 04/03/17 | BAB | Draft disclosure statement for creditors' plan. | $460.00 | 1.40 | $644.00 |
| 04/04/17 | BAB | Continue drafting disclosure statement and exhibits for disclosure statement. | $460.00 | 2.10 | $966.00 |
| 04/05/17 | RRB | Review of initial draft of Disclosure Statement and memo to BAB regarding revisions and assumptions. | $505.00 | 2.00 | $1,010.00 |
| 04/05/17 | BAB | Continue drafting disclosure statements and exhibits. | $460.00 | 2.00 | $920.00 |
| 04/05/17 | BAB | Revise pro forma to include Creditors' Plan Trust expenses and fees. | $460.00 | 0.90 | $414.00 |
| 04/06/17 | BAB | Continue drafting disclosure statement. | $460.00 | 3.50 | $1,610.00 |
| (2) No Substantial Benefit re Plan 04/06/17 | BAB | E-mail exchange with Bryan Sugar about when the 'document' will be filed. | $460.00 | 0.20 | $92.00 |
| 04/07/17 | RRB | Review, rework and revise Disclosure Statement. | $505.00 | 2.00 | $1,010.00 |
| 04/07/17 | RRB | Conference with BAB to discuss nuances. | $505.00 | 0.50 | $252.50 |
| 04/07/17 | BAB | Continue drafting disclosure statement; revise plan to adjust for disclosures in disclosure statement. | $460.00 | 3.70 | $1,702.00 |
| 04/07/17 (1) Duplicative | BAB | Conference with RRB regarding the disclosure statement. | $460.00 | 0.50 | $230.00 |
| 04/07/17 | BAB | Continue drafting disclosure statement pursuant to discussion with RRB. | $460.00 | 1.00 | $460.00 |
| 04/07/17 | BAB | E-mail to creditor group regarding draft of disclosure statement and revised pro forma. | $460.00 | 0.30 | $138.00 |
| 04/12/17 | BAB | E-mail to Rich and Harold regarding signing the documents. | $460.00 | 0.10 | $46.00 |
| 04/12/17 | BAB | Call from Bryan Sugar requesting changes to the document to make sure Arnie can't have unlimited access to the disbursement account. | $460.00 | 0.10 | $46.00 |
| 04/13/17 | BAB | E-mail from Bryan Sugar requesting changes to the plan documents. | $460.00 | 0.20 | $92.00 |
| 04/13/17 | BAB | Revise Trust pursuant to Bryan's comments and forward to Stuart for review. | $460.00 | 0.50 | $230.00 |
| 04/14/17 | RRB | Call to Harold M. to confirm ready to sign Plan/Disclosure Statement and coordinate obtaining signature. | $505.00 | 0.10 | $50.50 |
| 04/14/17 | RRB | (No Charge) – Conference with BAB regarding Rebecca signatures. | $0.00 | 0.10 | $0.00 |
| 04/14/17 | BAB | Conference with RRB regarding Harold's agreement to sign the plan and disclosure statement. | $460.00 | 0.10 | $46.00 |
| 04/14/17 | BAB | E-mail exchange with Harold regarding signatures. | $460.00 | 0.10 | $46.00 |
| 04/18/17 | BAB | E-mail from Harold with signature page. | $460.00 | 0.10 | $46.00 |

| | Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| | 04/18/17 | BAB | Conference with RRB regarding signatures. | $460.00 | 0.10 | $46.00 |
| | 04/18/17 | BAB | E-mail to Larry F. and R. Lauter regarding signature pages. | $460.00 | 0.10 | $46.00 |
| | 04/19/17 | BAB | E-mail exchange with follow up call with Stuart regarding release of the $177,000 from the HUD audit, payment of the $189,000 from ABC and proceeding with the Creditors' Plan. | $460.00 | 0.70 | $322.00 |
| | 04/20/17 | BAB | E-mail exchange with RRB, MCW and AJD regarding advising Jonathan that Stuart will not agree to release the funds to true up the HUD audit. | $460.00 | 0.10 | $46.00 |
| (2) No Substantial Benefit re Plan | 04/20/17 | BAB | Follow up e-mail exchange with AJD regarding whether the transfer violates the preliminary injunction. | $460.00 | 0.20 | $92.00 |
| (2) No Substantial Benefit re Plan | 04/20/17 | BAB | E-mail exchange with Larry Freedman regarding advising us that he has a co-trustee (for the first time). | $460.00 | 0.10 | $46.00 |
| | 04/20/17 | AJD | Review file for copy of the Children's Trust as well as prior claim related filings by the Children's Trust to confirm that signatures of both trustees are necessary. | $340.00 | 0.40 | $136.00 |
| | 04/25/17 | BAB | Plan, Disclosure Statement and Trust Agreement document review for consistency and coordinate dates and exhibits. | $460.00 | 1.50 | $690.00 |
| | 04/25/17 | AJD | Analyze timing of our inquiry into Arnie's MOR and the filing of the creditor's plan. | $340.00 | 0.20 | $68.00 |
| | 04/26/17 | RRB | (No Charge) – Conference with BAB regarding filings. | $0.00 | 0.20 | $0.00 |
| | 04/26/17 | BAB | E-mail to L. Benjamin with courtesy copies of plan, disclosure statement and motion. | $460.00 | 0.10 | $46.00 |
| | 04/26/17 | BAB | E-mail to AJD regarding going forward with his questions about the latest MOR. | $460.00 | 0.10 | $46.00 |
| | 04/26/17 | BAB | Strategy conference with RRB regarding timing issue. | $460.00 | 0.20 | $92.00 |
| | 04/26/17 | BAB | Call with Jonathan Strousse with questions regarding the Creditors' Plan. | $460.00 | 0.20 | $92.00 |
| | 04/26/17 | BAB | E-mail exchange with L. Freedman and Rich Lauter re question from L. Benjamin regarding the assignment of rents claim. | $460.00 | 0.30 | $138.00 |
| (2) No Substantial Benefit re Plan | 04/26/17 | BAB | Call with Stuart regarding fielding questions from Debtor's side. | $460.00 | 0.50 | $230.00 |
| | 04/26/17 | AJD | Briefly review email exchanges re: filing of our plan and disclosure statement and follow up the same with our request for information related to the March MOR. | $340.00 | 0.30 | $102.00 |
| | 04/28/17 | RRB | Conference with BAB to debrief over multiple emails from L. Benjamin, J. Strouse, R.Lauter, H. Moskovitz, L. Freedman and compare creditor plan terms with L. Benjamin settlement proposal. | $505.00 | 0.50 | $252.50 |

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 04/28/17 **(1) Duplicative** | BAB | Strategy conference with RRB to debrief from flurry of e-mails yesterday and comparison of L. Benjamin's settlement agreement and plan. | $460.00 | 0.50 | $230.00 |
| 04/28/17 | BAB | E-mail exchange with L. Benjamin regarding a 'common ground' meeting. | $460.00 | 0.30 | $138.00 |
| 05/02/17 | RRB | Review trustee comments to Plan. | $505.00 | 0.10 | $50.50 |
| 05/02/17 | RRB | conference with BAB regarding issues raised by G.Silver. | $505.00 | 0.50 | $252.50 |
| 05/02/17 **(1) Duplicative** | RRB | Conference call with UST (G. Silver) and BAB regarding Plan and Disclosure Statement. | $505.00 | 0.50 | $252.50 |
| 05/02/17 | BAB | E-mail from UST with comments regarding the Creditors' Plan. | $460.00 | 0.30 | $138.00 |
| 05/02/17 **(1) Duplicative** | BAB | Conference with RRB regarding UST's comments. | $460.00 | 0.50 | $230.00 |
| 05/02/17 **(4) Typo** | BAB | Conference call with Gretchen Silver and RRB regarding Creditors' Plan and other matters impacting conduct of the case. | $460.00 | 0.50 | $230.00 |
| 05/02/17 | AJD | Analyze strategy for responding to trustee's concerns related to our proposed plan. | $340.00 | 0.30 | $102.00 |
| 05/03/17 | RRB | Court appearance on Motion to set hearing on Disclosure Statement | $505.00 | 0.80 | $404.00 |
| 05/04/17 | RRB | Conference with BAB regarding strategy based upon court's comments, relate discussion with the K. Gleason (UST) and L. Benjamin's representations to the court. | $505.00 | 0.60 | $303.00 |
| 05/04/17 **(1) Duplicative** | BAB | Conference with RRB to debrief from court appearance and determine strategy given court comments, discussion with the UST and L. Benjamin's representations to the court. | $460.00 | 0.60 | $276.00 |
| 05/08/17 **(2) No Substantial benefit re Plan** | RRB | Conference call with S.G. and BAB regarding status of case, anticipated objections to Disclosure Statement by L.Benjamin, status of Adversaries; MORs; dismissal option. | $505.00 | 1.40 | $707.00 |
| 05/08/17 | RRB | Detailed e-correspondence to B.Sugar and creditor group regarding court appearance setting hearing on Disclosure Statement and court's comments. | $505.00 | 0.40 | $202.00 |
| 05/09/17 | BAB | Conference with MCW regarding arguments related to competing plans. | $460.00 | 0.50 | $230.00 |
| 05/09/17 | MCW | Begin reviewing creditor's plan, disclosure statement and debtor's response. | $380.00 | 0.70 | $266.00 |
| 05/09/17 | MCW | Begin conducting research regarding debtor's argument that non-debtor entities cannot be forced to submit assets to Goldberg's bankruptcy plan. | $380.00 | 2.10 | $798.00 |
| 05/10/17 | MCW | Continue reviewing debtor's plan and disclosure statement. | $380.00 | 0.50 | $190.00 |
| 05/10/17 | MCW | Begin conducting research regarding feasibility and confirmation with specific focus on income from non-debtor entities. | $380.00 | 1.50 | $570.00 |

| | Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|---|
| (2) No Substantial Benefit re Plan | 05/26/17 | MCW | Detailed telephone conference with S. Gilman regarding strategy for proceeding with negotiations on consensual plan and potential consequences if parties fail to submit a confirmable plan. | $380.00 | 0.80 | $304.00 |
| (2) No Substantial Benefit re Plan | 05/26/17 | MCW | Continue working on plan comparison and alternatives analysis; continue working on summary analysis of plan and alternatives. | $380.00 | 1.50 | $570.00 |
| (2) No Substantial Benefit re Plan | 05/30/17 | BAB | Edit and continue drafting Plan alternatives for purposes of developing strategy analysis for Stuart. | $460.00 | 0.70 | $322.00 |
| (2) No Substantial Benefit re Plan | 05/31/17 | BAB | Review, edit and continue drafting analysis of alternatives in preparation for meeting with Stuart. | $460.00 | 1.10 | $506.00 |
| (2) No Substantial Benefit re Plan | 05/31/17 | BAB | Conference with RRB and MCW to prepare for meeting with Stuart and potential strategies. | $460.00 | 1.00 | $460.00 |
| | 06/01/17 | BAB | E-mail exchange with RRB regarding post confirmation earnings to be used to fund a plan. | $460.00 | 0.10 | $46.00 |
| | 06/02/17 | AJD | Initial review of Debtor's objection to the creditor's plan and prepare notes re: issues to investigate. | $340.00 | 0.80 | $272.00 |
| | 06/04/17 | BAB | (No Charge) - Preliminary review of Debtor's objection to the Creditors' Disclosure Statement; E-mail exchange with RRB and MCW regarding responding to request from UST for time to object to both disclosure statements. | $0.00 | 0.70 | $0.00 |
| | 06/05/17 | RRB | Strategy conference with BAB, MCW, AJD regarding Debtor's Objection to Creditors's Plan and UST's position; implementing response to Strouse. | $505.00 | 1.00 | $505.00 |
| | 06/05/17 | AJD | Research regarding debtor's consent issues when a competing plan is submitted to the court and contribution of post-petition income in order to prepare outline for reply to Debtor's objection. | $340.00 | 2.40 | $816.00 |
| | 06/13/17 | BAB | Analyze L. Benjamin's objections to the Creditors' Plan and Disclosure Statement. | $460.00 | 1.30 | $598.00 |
| | 06/13/17 | BAB | Draft memo with responses to the objections and forward to AJD/MCW/RRB for inclusion in the draft reply in support of the Creditors' Plan. | $460.00 | 2.00 | $920.00 |
| | 06/14/17 | BAB | Research for reply in support of Creditors' Plan and objection to Debtor's plan. | $460.00 | 0.90 | $414.00 |
| | 06/14/17 | BAB | E-mail to AJD and MCW with results of research and draft portions of some arguments related to the research. | $460.00 | 0.50 | $230.00 |
| | 06/15/17 | MCW | Continue editing Reply in Support of Creditor's Plan. | $380.00 | 1.00 | $380.00 |
| | 06/15/17 | AJD | Draft outline for brief that responds to the Debtor's objection to the Creditors' Disclosure Statement. | $340.00 | 1.50 | $510.00 |
| | 06/16/17 | RRB | E-correspondence to Stuart setting out issues related to operating agreements. | $505.00 | 1.10 | $555.50 |

| Date | Atty | Description | Rate | Hours | Amount |
|---|---|---|---|---|---|
| 06/16/17 | RRB | Memo to file regarding drafts of briefs and issues to highlight. | $505.00 | 2.00 | $1,010.00 |
| 06/16/17 | BAB | E-mail exchanges with RRB, MCW and AJD regarding issues for briefs. | $460.00 | 0.60 | $276.00 |
| 06/16/17 | BAB | Conference with AJD to continue drafting reply in support of Creditors' Plan. | $460.00 | 1.50 | $690.00 |
| 06/16/17 | BAB | Conference call with MCW and AJD to anticipate and prepare for Debtor arguments that should be addressed in briefs. | $460.00 | 0.20 | $92.00 |
| 06/16/17 | BAB | E-mail exchange with MCW and follow up conference with AJD regarding additional research. | $460.00 | 0.10 | $46.00 |
| 06/16/17 | MCW | Continue drafting Reply in Support of Creditors' Plan and conduct research regarding same. | $380.00 | 1.50 | $570.00 |
| 06/16/17 **(1) Duplicative** | AJD | Strategy conference with BAB and MCW to review progress on response to Debtor's Objection to the Creditors' Disclosure Statement and to analyze issues related to non-consensual releases, adequacy of disclosures and standards for addressing feasibility at a disclosure statement hearing. | $340.00 | 1.50 | $510.00 |
| 06/16/17 | AJD | Continue drafting and revising outline to Response to Debtor to ensure focus remains on adequacy of our disclosures. | $340.00 | 1.30 | $442.00 |
| 06/16/17 | AJD | Continue drafting response to Debtor's objection. | $340.00 | 1.80 | $612.00 |
| 06/17/17 | AJD | Draft, review and revise Response to Debtor's Objection to Creditors' Disclosure Statement. | $340.00 | 9.50 | $3,230.00 |
| 06/18/17 | BAB | Edit and continue drafting reply in support of Creditors' Disclosure Statement. | $460.00 | 1.30 | $598.00 |
| 06/18/17 | BAB | E-mail exchange with AJD and MCW regarding suggested changes to organization of the reply. | $460.00 | 0.40 | $184.00 |
| 06/18/17 | MCW | Review, edit and provide comments on reply in Support of Creditors' Plan. | $380.00 | 1.30 | $494.00 |
| 06/19/17 | RRB | review and revise Response to Debtor's objection to Creditors's Disclosure Statement. | $505.00 | 2.00 | $1,010.00 |
| 06/19/17 | BAB | Edit and continue drafting Reply in Support of Creditors' Plan. | $460.00 | 2.00 | $920.00 |
| 06/19/17 | BAB | E-mail exchange with RRB, MCW and AJD regarding drafting of document. | $460.00 | 0.20 | $92.00 |
| 06/19/17 | BAB | Conference with RRB and AJD regarding absolute priority rule discussion in reply. | $460.00 | 0.50 | $230.00 |
| 06/19/17 | BAB | Work with AJD to draft objection to Debtor's Disclosure Statement. | $460.00 | 0.60 | $276.00 |
| 06/19/17 | MCW | Continue drafting Reply in Support of Creditors' Plan and opposition to Debtor's Plan. | $380.00 | 0.50 | $190.00 |
| 06/20/17 | MCW | Final review and revisions to Reply in Support of Creditors' Plan; review and edit objection to Debtor's Plan. | $380.00 | 2.25 | $855.00 |
| 06/23/17 **(2) No Substantial Benefit re Plan** | RRB | Call to S.G, discuss alternative plans and anticipated argument by UST against both plans; S.G.'s offer to purchase Children's Trust. | $505.00 | 0.30 | $151.50 |

| | | | | | | |
|---|---|---|---|---|---|---|
| (2) No Substantial Benefit re Plan | 06/26/17 | RRB | Multiple emails with Stuart regarding court inquiry about continuing hearings on Disclosure Statements. | $505.00 | 0.30 | $151.50 |
| | | | | | 255.85 | $111,456.50 |

## FEES SUMMARY BY TIMEKEEPER

| Timekeeper | Hours | Rate | Total |
|---|---|---|---|
| Robert R. Benjamin | 8.40 | $0.00 | $0.00 |
| Robert R. Benjamin | 45.10 | $505.00 | $22,775.50 |
| Beverly A. Berneman | 1.60 | $0.00 | $0.00 |
| Beverly A. Berneman | 165.40 | $460.00 | $76,084.00 |
| Matthew C. Wasserman | 14.45 | $380.00 | $5,491.00 |
| Anthony J. D'Agostino | 20.90 | $340.00 | $7,106.00 |

**Total Hours:** 255.85
**Total Fees:** $111,456.50

**Amount Due - This Matter** $111,456.50

*Golan Christie Taglia LLP accepts payment by Visa, Mastercard, Discover and American Express. Credit card payments can be made online at www.gct.law/payments.*

***PLEASE INCLUDE THE YELLOW COPY OF STATEMENT WITH PAYMENT.
FEDERAL EMPLOYERS IDENTIFICATION NUMBER - 20-4003355***