UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: ) | BK No.: | 15-28900 |
| ARNOLD GOLDBERG, ) ) ) ) ) ) | Chapter: Honorable Timothy Barnes | 11 |
| Debtor(s) ) | | |

## FINAL DECREE CLOSING THE CHAPTER 11 CASE

This matter coming before the Court on the Motion of Reorganized Debtor for Entry of Final Decree (the "Motion"), filed by Arnold Goldberg (the "Debtor"); the Court having reviewed the Motion and all related pleadings, and having heard the statements of counsel regarding the relief requested in the Motion at a hearing before the Court (the "Hearing"); the Court having jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and this being a core proceeding pursuant to 28 U.S.C. § 157(b)(2); it appearing that the Chapter 11 Case has been fully administered,

IT IS HEREBY ORDERED THAT:

1. Pursuant to Local Rule 3022-1, notice of the Motion and the Hearing was sufficient under the circumstances.
2. Pursuant to Section 350(a) of the Bankruptcy Code, Bankruptcy Rule 3022, and Local Rule 3022-1, the Chapter 11 Case is hereby closed.
3. Pursuant to Bankruptcy Rule 6004(h), this Order is final and shall be immediately effective and enforceable upon its entry.
4. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation of this Order.

Enter: *[signature]*

Honorable Timothy A. Barnes
United States Bankruptcy Judge

Dated: June 20, 2018

**Prepared by:**

NEAL, GERBER & EISENBERG LLP
Lawrence M. Benjamin (ARDC #6196417)
Thomas C. Wolford (ARDC #06194526)
Two North LaSalle Street, Suite 1700
Chicago, IL  60602-3801
Telephone: (312) 269-8000
Facsimile: (312) 269-1747

ATTORNEYS FOR
REORGANIZED DEBTOR